DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST., SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899
Andrew R. Hall (CA SBN 125773)
andyhall@dwt.com
Catherine E. Maxson (CA SBN 187509)
catherinemaxson@dwt.com
OF COUNSEL:

DAVIS WRIGHT TREMAINE LLP
1633 BROADWAY
NEW YORK, NEW YORK 10019-6708
TELEPHONE (212) 489-8230
FAX (212) 489-8340
Victor A. Kovner (NY SBN 1155688)
victorkovner@dwt.com

DAVIS WRIGHT TREMAINE LLP
1201 THIRD AVENUE, SUITE 2200
SEATTLE, WASHINGTON 98101-3045
TELEPHONE (206) 622-3150
FAX (206) 757-7700
Stuart R. Dunwoody (WA SBN 13948) (admitted *pro hac vice*)
stuartdunwoody@dwt.com
Attorneys for Plaintiffs DAVID CASSIRER, AVA CASSIRER, and UNITED JEWISH FEDERATION OF SAN DIEGO COUNTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID CASSIRER, AVA CASSIRER, and UNITED JEWISH FEDERATION OF SAN DIEGO COUNTY, a California non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,<br><br>Defendants. | Case No. CV 05-3459-GAF (Ex)<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ALTER OR AMEND THE JUDGMENT<br><br>Date: July 23, 2012<br>Time: 9:30 a.m.<br>Courtroom: 740<br><br>The Honorable Gary Allen Feess |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on July 23, 2012, at 9:30 a.m., or as soon thereafter as the matter may be heard before Judge Gary Allen Feess, in Court Room 740 of the above-entitled Court located at 312 North Spring Street, Los Angeles, California 90012, plaintiffs David Cassirer, Ava Cassirer, and the United Jewish Federation of San Diego County ("Plaintiffs") will and hereby do move the Court to alter or amend its Memorandum and Order Regarding Defendant's Motion to Dismiss (the "Order"), and to enter an order denying the Motion to Dismiss.

This motion is made pursuant to Fed. R. Civ. P. 59(e) on the grounds that the Order contains a statement of law that is contrary to a recent decision from the German Federal Court of Justice in the case *Sachs v. Deutsches Historisches Museum*, Case No. V ZR 279/10 (2012).[1] In light of the *Sachs* decision, the portion of the Court's holding at page 34 of the Order, concluding that "[t]he question of whether [Lilly Cassirer Neubauer] was adequately compensated for the Painting will necessarily bear on the question whether Plaintiffs retain title to it today," is incorrect.

By this motion, Plaintiffs request that the Court reconsider its Order, and enter an order denying Defendant's Motion to Dismiss. This Motion is based on this Notice of Motion; the Memorandum in Support of Plaintiffs' Motion to Alter or Amend the Judgment, the Declaration of Stuart R. Dunwoody, and the Declaration of Gunnar Schnabel, all of which have been filed concurrently herewith; any argument and evidence that the Court may consider at the time of hearing; and the pleadings and papers on file herein.

[1] Plaintiffs have filed this motion under Fed. R. Civ. P. 59(e) because the Order is a "judgment." Fed. R. Civ. P. 54(a) defines a "judgment" as including "any order from which an appeal lies," and the Order constitutes a "final decision[]" from which an appeal lies pursuant to 28 U.S.C. § 1291. If, however, the Court does not view the Order as a judgment, it may consider this motion as one for reconsideration under Local Rule 7-18.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 12, 2012.

DATED: June 20th, 2012.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
STUART R. DUNWOODY
ANDREW R. HALL
CATHERINE E. MAXSON

By: s/Catherine E. Maxson
Catherine E. Maxson

Attorneys for Plaintiffs DAVID CASSIRER, AVA CASSIRER, and UNITED JEWISH FEDERATION OF SAN DIEGO COUNTY

865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: stuartdunwoody@dwt.com
Email: andyhall@dwt.com
Email: catherinemaxson@dwt.com

**PROOF OF SERVICE**

I am employed in the County of King, State of Washington. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2200, 1201 Third Avenue, Seattle, WA 98101-3045.

On June 20, 2012, I caused the following document described as: MOTION TO ALTER OR AMEND THE JUDGMENT to be filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the interested parties in this action or proceeding, or by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for parties that are not on the email notice list addressed as below, with the name and address of the person served shown on the envelope as follows:

| | |
|---|---|
| Thaddeus J. Stauber | ______ U.S. Mail |
| Kelly L. Kress | ______ Hand Delivery |
| Michael O. Azat | ______ Overnight Mail |
| Nixon Peabody LLP | ______ Facsimile |
| Gas Company Tower | ______ Email |
| 555 West Fifth Street, 46th Floor | ___x__ CM/ECF Notice |
| Los Angeles, CA 90013 | |
| Tel: (213) 629-6000 | |
| Fax: (213) 629-6001 | |
| Email: tstauber@nixonpeabody.com | |
| Email: kkress@nixonpeabody.com | |
| Email: mazat@nixonpeabody.com | |

*Attorneys for Defendant Thyssen-Bornemisza Collection Foundation*

☐ I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP personnel responsible for delivering correspondence in the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on June 20, 2012.

☐ State I declare under penalty of perjury, under the laws of the State of Washington, that the foregoing is true and correct.

☑ Federal I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of Davis Wright Tremaine LLP and Catherine Maxson at whose direction the service was made.

s/Roni Grant

Roni Grant



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899