KENDALL BRILL & KLIEGER LLP
Bert H. Deixler (70614)
  bdeixler@kbkfirm.com
Laura W. Brill (195889)
  lbrill@kbkfirm.com
Nicole S. Phillis (291266)
  nphillis@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Plaintiffs
DAVID CASSIRER, AVA CASSIRER,
and UNITED JEWISH FEDERATION
OF SAN DIEGO COUNTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID CASSIRER, AVA CASSIRER, and UNITED JEWISH FEDERATION OF SAN DIEGO COUNTY, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,<br><br>Defendant. | Case No. CV 05-03459-JFW (Ex)<br><br>**DECLARATION OF NICOLE S. PHILLIS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER**<br><br>Hon. John F. Walter<br><br>Date: January 12, 2015<br>Time: 1:30 p.m.<br>Crtrm.: 16 |

215536.1

# DECLARATION OF NICOLE S. PHILLIS

I, Nicole S. Phillis, declare as follows:

1. I am an attorney at the law firm of Kendall Brill & Klieger LLP, counsel of record for David Cassirer, Ava Cassirer, and United Jewish Federation of San Diego County ("Plaintiffs) in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. Except where otherwise stated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On December 2, 2014, starting at approximately 11 a.m. PT, I, along with Kendall Brill & Klieger LLP partner Bert Deixler, participated in a meet and confer with Defendant's counsel, Thaddeus Stauber.

3. During the meet and confer, counsel discussed Defendant's proposed amended affirmative defenses, including whether the *Sachs* decision would preclude Defendant's defenses based on the 1958 settlement and Defendant's discovery deficiencies with regard to its foreign law defense.

4. As to the *Sachs* defense, TBC's counsel declined to agree that the *Sachs* decision barred its affirmative defenses, but declined to further clarify on what grounds it did not control.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed December 22, 2014, at Los Angeles, California.

/s/ Nicole S. Phillis
Nicole S. Phillis

215536.1

1

DECLARATION OF NICOLE S. PHILLIS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED ANSWER

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 10100 Santa Monica Blvd., Suite 1725, Los Angeles, California 90067.

On December 22, 2014, I served true copies of the following document(s) described as **DECLARATION OF NICOLE S. PHILLIS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER** on the interested parties in this action as follows:

Thaddeus J. Stauber, Esq.
NIXON PEABODY LLP
Gas Company Tower
555 West Fifth Street
46th Floor
Los Angeles, CA 90013-1010
Tel: (213) 629-6000
Fax: (213) 629-6001
Email: tstauber@nixonpeabody.com
**Attorneys for THYSSEN-BORNESMISZA COLLECTION FOUNDATION**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I certify that the foregoing document(s) is being filed electronically by using the CM/ECF system. As such, the document(s) will be served electronically on all interested parties whose attorneys are registered CM/ECF users and have consented to electronic service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 22, 2014, at Los Angeles, California.

*Alexis Astengo*
Alexis N. Astengo

215536.1

2

DECLARATION OF NICOLE S. PHILLIS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED ANSWER

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067