KENDALL BRILL & KLIEGER LLP
Bert H. Deixler (70614)
  *bdeixler@kbkfirm.com*
Laura W. Brill (195889)
  *lbrill@kbkfirm.com*
Nicole S. Phillis (291266)
  *nphillis@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Plaintiffs
DAVID CASSIRER, AVA CASSIRER,
and UNITED JEWISH FEDERATION
OF SAN DIEGO COUNTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID CASSIRER, AVA CASSIRER, and UNITED JEWISH FEDERATION OF SAN DIEGO COUNTY, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,<br><br>Defendant. | Case No. CV 05-03459-JFW (Ex)<br><br>**NOTICE OF INTENT UNDER FED. R. CIV. P. 44.1 TO RELY ON SPANISH AND SWISS LAW AND INTERNATIONAL LAW IN OPPOSITION TO DEFENDANT THYSSEN-BORNEMISZA COLLECTION FOUNDATION'S MOTION FOR SUMMARY JUDGMENT; DECLARATION OF NICOLE S. PHILLIS**<br><br>Judge: Hon. John F. Walter<br>Date: May 18, 2015<br>Time: 8:30 a.m.<br>Crtrm.: 16 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiffs, pursuant to Federal Rule of Civil Procedure 44.1, intend to rely on the laws of Spain and Switzerland in opposition to Defendant Thyssen-Bornemisza Collection Foundation's Motion for Summary Judgment.

Plaintiffs now submit formal written notice of their intent to rely on the following particular laws of Switzerland and Spain in opposition to Defendant Thyssen-Bornemisza Collection Foundation's Motion for Summary Judgment.

1. Swiss Civil Code
    a. Article 1
    b. Article 3
    c. Article 728
    d. Article 933
    e. Article 934
    f. Article 936
    g. Article 940
2. Spanish Civil Code
    a. Article 433-35
    b. Article 464
    c. Article 1104
    d. Article 1940-41
    e. Article 1944-45
    f. Article 1948
    g. Article 1950
    h. Article 1952
    i. Article 1955-56
    j. Article 1964
3. Spanish Criminal Code

        a.    Article 6

        b.    Article 31

        c.    Article 130

        d.    Article 131

        e.    Article 133

        f.    Article 451

        g.    Article 235

        h.    Article 323

        i.    Article 607bis

        j.    Article 613

4. Spanish Constitution

        a.    Constitution, Part I, Section 10 Paragraph 2

5. International Law Sources

        a.    European Convention on Human Rights, Protocol No. 1, Art. 1

        b.    J.A. Pye (Oxford) Ltf. and J.A. Pye (Oxford) Land Lrd. v. United Kingdom (Application No. 44302/02) (European Court on Human Rights)

Plaintiffs respectfully submit the attached Declaration of Nicole S. Phillis, which confirms that each provision and/or case is a provision of foreign law under Spanish or Swiss law or International law. A copy of each applicable provision is attached hereto as exhibits to the Phillis Declaration. Plaintiffs will present evidence of the above- referenced foreign laws through published copies of the laws, with English translations, and through expert testimony. *See* Fed. R. Civ. P. 44.1.

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

239001.1

2

Case No. CV 05-03459-JFW (Ex)
NOTICE OF INTENT TO RELY ON FOREIGN LAW

1  DATED: April 20, 2015            KENDALL BRILL & KLIEGER LLP

2

3

4                                   By:    /s/ Nicole S. Phillis
                                        Nicole S. Phillis
5                                       Attorneys for Plaintiffs
                                        DAVID CASSIRER, AVA CASSIRER,
6                                       and UNITED JEWISH FEDERATION
                                        OF SAN DIEGO COUNTY
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

239001.1                              3                    Case No. CV 05-03459-JFW (Ex)
                        NOTICE OF INTENT TO RELY ON FOREIGN LAW

## DECLARATION OF NICOLE S. PHILLIS

1. I am a partner at the law firm of Kendall Brill & Klieger LLP, counsel of record for David Cassirer, Ava Cassirer, and United Jewish Federation of San Diego County ("Plaintiffs) in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. Except where otherwise stated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of the European Convention of Human Rights, Protocol No. 1, Article 1.

3. Attached hereto as **Exhibit B** is a true and correct copy of the case of J.A. Pye (Oxford) Ltd. and J.A. Pye (Oxford) Land Ltd. v. the United Kingdom (Application No. 44302/02) decided by the European Court on Human Rights.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Swiss Civil Code articles Article 1, 3, 728, 933, 934, 936, 940.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Spanish Criminal Code (Código Penal) articles 6, 31, 130, 131, 133, 235, 323, 451, 607bis, and 613.

6. Attached hereto as **Exhibit E** is a true and correct copy of the Spanish Civil Code (Código Civil) articles 433-35, 451, 464, 1104, 1940-41, 1944-45, 1948, 1950, 1952, 1955-56, 1964.

7. Attached hereto as **Exhibit F** is a true and correct copy of Constitution, Section 10, paragraph 2 (Spain).

1  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the
2  laws of the United States of America that the foregoing is true and correct.
3  Executed April 20, 2015, at Los Angeles, CA.

4

5                                         /s/ Nicole S. Phillis
                                       Nicole S. Phillis

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

239001.1                               2                  Case No. CV 05-03459-JFW (Ex)
                    NOTICE OF INTENT TO RELY ON FOREIGN LAW