KENDALL BRILL & KLIEGER LLP
Bert H. Deixler (70614)
  bdeixler@kbkfirm.com
Laura W. Brill (195889)
  lbrill@kbkfirm.com
George E. Pence (257595)
  gpence@kbkfirm.com
Nicole S. Phillis (291266)
  nphillis@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Plaintiffs
DAVID CASSIRER, AVA CASSIRER,
and UNITED JEWISH FEDERATION
OF SAN DIEGO COUNTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID CASSIRER, AVA CASSIRER, and UNITED JEWISH FEDERATION OF SAN DIEGO COUNTY, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,<br><br>Defendant. | Case No. CV 05-03459-JFW (Ex)<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR RULE 11 SANCTIONS**<br><br>Judge: Hon. John F. Walter<br>Crtrm: 16 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Local Rule 7-16 (C.D. Cal.), and in light of the Court's June 4, 2015 order resolving TBC's motion for summary judgment and Plaintiffs' motion for summary adjudication, and indicating that the Court is planning to enter judgment, Plaintiffs David Cassirer, Ava Cassirer, and the United Jewish Federation of San Diego County hereby withdraw their Motion for Rule 11 Sanctions (Dkt. 303), which was scheduled for hearing on June 22, 2015.

DATED: June 11, 2015           KENDALL BRILL & KLIEGER LLP

By: _____/s/ Laura W. Brill_____
Laura W. Brill
Attorneys for Plaintiffs
DAVID CASSIRER, AVA CASSIRER, and UNITED JEWISH FEDERATION OF SAN DIEGO COUNTY

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1                    Case No. CV 05-03459-JFW (Ex)
NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR RULE 11 SANCTIONS

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 10100 Santa Monica Blvd., Suite 1725, Los Angeles, CA 90067.

On June 11, 2015, I served true copies of the following document(s) described as **NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR RULE 11 SANCTIONS** on the interested parties in this action as follows:

Thaddeus J. Stauber, Esq.
NIXON PEABODY LLP
Gas Company Tower
555 West Fifth Street
46th Floor
Los Angeles, CA 90013-1010
Tel: (213) 629-6000
Fax: (213) 629-6001
Email: tstauber@nixonpeabody.com
Attorneys for THYSSEN-BORNESMISZA COLLECTION FOUNDATION

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 11, 2015, at Los Angeles, California.

/s/ Nicole S. Phillis
Nicole S. Phillis

Case No. CV 05-03459-JFW (Ex)
NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR RULE 11 SANCTIONS