Thaddeus J. Stauber (Bar No. 225518)
  tstauber@nixonpeabody.com
Jason Gonzalez (Bar No. 178768)
  jgonzalez@nixonpeabody.com
Irene Tatevosyan (Bar No. 301568)
  itatevosyan@nixonpeabody.com
NIXON PEABODY LLP
555 West Fifth St., 46th Floor
Los Angeles, California 90013-1010
Tel: (213) 629-6000
Fax: (213) 629-6001
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID CASSIRER, AVA CASSIRER, and UNITED JEWISH FEDERATION OF SAN DIEGO COUNTY, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,<br><br>Defendant. | Case No. CV 05-03459-JFW (Ex)<br><br>**JUDGMENT**<br><br>Judge:   Hon. John F. Walter<br>Crtrm.:  16 |

## JUDGMENT

The Court has ordered that the plaintiffs recover nothing and that the action be dismissed on the merits.

This action was decided by Judge John F. Walter on a motion for summary judgment on June 4, 2015.

Dated: June 12, 2015

*[signature]*
Hon. John F. Walter
Judge, United States District Court

1
JUDGMENT
Case No. CV 05-03459-JFW (Ex)