JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

DAVID CASSIRER, THE ESTATE OF AVA CASSIRER, and the UNITED JEWISH FEDERATION OF SAN DIEGO COUNTY, a California nonprofit corporation,

   Plaintiffs,

   v.

THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an Agency of instrumentality of the Kingdom of Spain,

   Defendant.

Case No. CV 05-03459-JFW (Ex)

**[PROPOSED] JUDGMENT**

The case came on for trial on December 4, 2019 with post-trial briefing including the parties' respective Proposed Findings of Fact and Conclusions of Law being filed thereafter, and the Court, having considered the evidence and proposed findings and arguments, HEREBY ORDERS AND ADJUDGES that the Plaintiffs take nothing, and that the action be dismissed on the merits.

Dated this 17th of May, 2019.

_____
Hon. John F. Walter
UNITED STATES DISTRICT
COURT JUDGE

1

[Proposed] Judgment
Case No.: 05-cv-03459-JFW (Ex)