BOIES SCHILLER FLEXNER LLP
John J. Kucera (Bar No. 274184)
  jkucera@bsfllp.com
Daniel G. Boyle (Bar No. 332518)
  dboyle@bsfllp.com
2029 Century Park East, Suite 1520
Los Angeles, CA 90067

David A. Barrett (admitted *pro hac vice*)
  dbarrett@bsfllp.com
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

KENDALL BRILL & KELLY LLP
Laura W. Brill (Bar No. 195889)
  lbrill@kbkfirm.com
Jeffrey Chemerinsky (Bar. No. 270756)
  jchemerinsky@kbkfirm.com
10100 Santa Monica Blvd., 25th Floor
Los Angeles, CA 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

NIXON PEABODY LLP
Thaddeus J. Stauber (Bar No. 225518)
  tstauber@nixonpeabody.com
Aaron M. Brian (Bar No. 213191)
  abrian@nixonpeabody.com
300 S. Grand Avenue, 41st Floor
Los Angeles, CA 99071
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

[Additional counsel on signature page]

*Attorneys for Plaintiffs*          *Attorneys for Defendant*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID CASSIRER, THE ESTATE OF AVA CASSIRER, and the UNITED JEWISH FEDERATION OF SAN DIEGO COUNTY, a California nonprofit corporation,<br><br>Plaintiffs,<br>v.<br><br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,<br><br>Defendant. | Case No. CV 05-03459-JFW (Ex)<br><br>Honorable John F. Walter<br><br>**JOINT EX PARTE APPLICATION RE SCHEDULING FOLLOWING GVR AND REMAND** |

## *EX PARTE* APPLICATION

The parties have met and conferred regarding next steps in light of the Supreme Court's grant, vacate, and remand ("GVR") order of March 10, 2025, and the Ninth Circuit's remand order of April 30, 2025. The parties request that the Court permit the parties to confer further and prepare, in a joint report to the Court, a framework and schedule for further proceedings in this case, to be filed within 30 days.

Respectfully submitted,

Dated: May 23, 2025

By: /s/ *Jeffrey Chemerinsky*
KENDALL BRILL & KELLY LLP
Laura W. Brill (Bar No. 195889)
Jeffrey Chemerinsky (Bar No. 270756)
10100 Santa Monica Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

BOIES SCHILLER FLEXNER LLP
John J. Kucera (Bar No. 274184)
Daniel G. Boyle (Bar No. 332518)
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

David A. Barrett (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

|   |   |
|---|---|
| 1 | Stephen N. Zack (admitted *pro hac vice*) |
| 2 | 100 SE Second Street, Suite 2800 |
|   | Miami, FL 33131 |
| 3 | Telephone: (305) 539-8400 |
| 4 | Facsimile: (305) 539-1307 |
| 5 | Scott E. Gant |
| 6 | 1401 New York Ave, NW |
|   | Washington, DC 20005 |
| 7 | Telephone: (202) 237-2727 |
| 8 | Facsimile: (202) 237-6131 |
| 9 | DUBBIN & KRAVETZ, LLP |
| 10 | Samuel J. Dubbin (admitted *pro hac vice*) |
|   | 1200 Anastasia Avenue, Suite 300 |
| 11 | Coral Gables, FL 33134 |
| 12 | Telephone: (305) 371-4700 |
|   | Facsimile: (305) 371-4701 |
| 13 |   |
| 14 | *Attorneys for Plaintiffs* |
| 15 | DAVID CASSIRER, THE ESTATE OF AVA |
|   | CASSIRER, and the UNITED JEWISH |
| 16 | FEDERATION OF SAN DIEGO COUNTY |
| 17 |   |
| 18 |   |
| 19 | Dated: May 23, 2025     NIXON PEABODY LLP |
| 20 |   |
| 21 | By: /s/ *Thaddeus J. Stauber* |
| 22 | Thaddeus J. Stauber (Bar No. 225518) |
|   | Aaron M. Brian (Bar No. 213191) |
| 23 | 300 S. Grand Avenue, 41st Floor |
| 24 | Los Angeles, CA  90071 |
|   | Telephone: (213) 629-6000 |
| 25 | Facsimile: (213) 629-6001 |
| 26 | *Attorneys for Defendant* |
| 27 | THYSSEN-BORNEMISZA COLLECTION |
|   | FOUNDATION |
| 28 |   |

3

JOINT EX PARTE APPLICATION RE SCHEDULING FOLLOWING GVR AND REMAND
Case No. CV 05-03459-JFW (Ex)

## SIGNATURE ATTESTATION

In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 23, 2025        By:   /s/ *Jeffrey Chemerinsky*
                                 Jeffrey Chemerinsky