UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID CASSIRER, THE ESTATE OF AVA CASSIRER, and the UNITED JEWISH FEDERATION OF SAN DIEGO COUNTY, a California nonprofit corporation,<br><br>Plaintiffs,<br>v.<br><br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,<br><br>Defendant. | Case No. CV 05-03459-JFW (Ex)<br><br>**ORDER REGARDING SCHEDULING FOLLOWING GVR AND REMAND** |

**ORDER**

The Court, having considered the joint *ex parte* application of the parties, hereby orders as follows:

The parties shall confer further and propose, in a joint report, a framework and schedule for further proceedings in this case. Such joint report shall be filed within 30 days of the date of this Order.

IT IS SO ORDERED.

Dated: June 6, 2025

_____
HONORABLE JOHN F. WALTER
United States District Judge