1  BOIES SCHILLER FLEXNER LLP
   John J. Kucera (Bar No. 274184)
2       jkucera@bsfllp.com
   Daniel G. Boyle (Bar No. 332518)
3       dboyle@bsfllp.com
   2029 Century Park East, Suite 1520
4  Los Angeles, CA 90067

5  David A. Barrett (admitted *pro hac vice*)
        dbarrett@bsfllp.com
6  55 Hudson Yards
   New York, NY 10001
7  Telephone: (212) 446-2300
   Facsimile: (212) 446-2350
8

9  KENDALL BRILL & KELLY LLP          NIXON PEABODY LLP
   Laura W. Brill (Bar No. 195889)    Thaddeus J. Stauber (Bar No. 225518)
10     lbrill@kbkfirm.com                  tstauber@nixonpeabody.com
   Jeffrey M. Chemerinsky              Aaron M. Brian (Bar No. 213191)
11   (Bar No. 270756)                       abrian@nixonpeabody.com
       jchemerinsky@kbkfirm.com        300 S. Grand Avenue, 41st Floor
12 10100 Santa Monica Blvd., Ste. 2500 Los Angeles, CA 99071
   Los Angeles, CA 90067               Telephone: (213) 629-6000
13 Telephone: (310) 556-2700           Facsimile: (213) 629-6001
   Facsimile: (310) 556-2705
14
   [Additional counsel on signature page]
15 *Attorneys for Plaintiffs*              *Attorneys for Defendant*

16
17                    **UNITED STATES DISTRICT COURT**

18             **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

19 DAVID CASSIRER, *et al.*,           Case No. CV 05-03459-JFW (Ex)
                                       Honorable John F. Walter
20           Plaintiffs,
21       v.                            **PARTIES' JOINT REPORT ON
                                       PROPOSED SCHEDULE FOR
22 THYSSEN-BORNEMISZA                  FURTHER PROCEEDINGS AND
   COLLECTION FOUNDATION, an agency    [PROPOSED] ORDER**
23 or instrumentality of the Kingdom of Spain,

           Defendant.
24
25
26
27
28

Plaintiffs David Cassirer, *et al.*, ("Plaintiffs") and Defendant Thyssen-Bornemisza Collection Foundation ("Defendant") hereby submit this Joint Report pursuant to the Court's Order of June 7, 2025 (D.E. 671) directing the parties to confer further and propose a framework and schedule for further proceedings in this case.

WHEREAS, on March 10, 2025, the Supreme Court granted Plaintiffs' petition for certiorari (Supreme Court Dkt. No. 24-652, 2025 WL 746324), vacated the judgment of the Ninth Circuit in *Cassirer v. Thyssen-Bornemisza Collection Found.*, 89 F.4th 1226 (9th Cir. 2024), and remanded this action to the Ninth Circuit for further consideration in light of Assem. Bill 2867, 2023-2024 Reg. Sess. (Cal. 2024);

WHEREAS, on April 11, 2025, the Supreme Court issued its judgment to the Clerk of the Ninth Circuit;

WHEREAS, on April 30, 2025, the Ninth Circuit entered an Order (Case No. 19-55616, D.E. 184) granting Plaintiffs' Motion to Remand the case to this Court for proceedings consistent with the Supreme Court's opinion of March 10, 2025;

WHEREAS, pursuant to the parties' Joint Ex Parte Application (D.E. 670), the Court issued its Order of June 7, 2025 (D.E. 671);

WHEREAS, the parties have conferred further and agreed, subject to the Court's approval, upon the following framework and schedule for further proceedings in this action in light of the Orders of the Supreme Court and the Ninth Circuit, and respectfully request approval by the Court.

THE PARTIES HEREBY JOINTLY REPORT THAT:

1. The parties jointly propose that they each may file motions for summary judgment in light of the Supreme Court's judgment and the Ninth Circuit's Order.

2. The parties anticipate that novel and/or complex issues may be raised in their respective motions and responses, with the importance and potential complexity of the issues making an extended briefing schedule appropriate, and jointly request the following:

|   |   |
|---|---|
| Motions Filed | September 12, 2025 |
| Responses Due | October 20, 2025 |
| Replies Due | November 12, 2025 |

3. For the same reasons, the parties jointly request expansion of the page limits for moving and opposition briefs from 25 pages to 30 pages, and for reply briefs from 12 to 15 pages.

4. Plaintiffs respectfully request a motions hearing date of Monday, November 24, or Monday, December 8, 2025, at 1:30 p.m.

Dated: July 3, 2025                              Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

By: /s/ David A. Barrett
John J. Kucera (Bar No. 274184)
Daniel G. Boyle (Bar No. 332518)
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

David A. Barrett (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Stephen N. Zack (admitted *pro hac vice*)
100 SE Second Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Scott E. Gant
1401 New York Ave, NW
Washington, DC 20005

Telephone: (202) 237-2727
Facsimile: (202) 237-6131

DUBBIN & KRAVETZ, LLP
Samuel J. Dubbin (admitted *pro hac vice*)
1200 Anastasia Avenue, Suite 300
Coral Gables, FL 33134
Telephone: (305) 371-4700
Facsimile: (305) 371-4701

KENDALL BRILL & KELLY LLP
Laura W. Brill (Bar No. 195889)
Jeffrey M. Chemerinsky (Bar No. 270756)
10100 Santa Monica Blvd.
Los Angeles, CA 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

*Attorneys for Plaintiffs*
DAVID CASSIRER, *et al*.


NIXON PEABODY LLP


By: /s/ Aaron M. Brian
Thaddeus J. Stauber (Bar No. 225518)
Aaron M. Brian (Bar No. 213191)
300 S. Grand Avenue, 41st Floor
Los Angeles, CA 90071
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

*Attorneys for Defendant*
THYSSEN-BORNEMISZA COLLECTION FOUNDATION

**SIGNATURE ATTESTATION**

In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 3, 2025          By:   /s/ Laura W. Bill
                                   Laura W. Brill