UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID CASSIRER, *et al*,,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,<br><br>　　　　　Defendant. | Case No. CV 05-03459-JFW (Ex)<br><br>Honorable John F. Walter<br><br>**ORDER ON PARTIES' JOINT REPORT ON PROPOSED SCHEDULE FOR FURTHER PROCEEDINGS** |

　　　THIS CAUSE is before the Court on the Parties' Joint Report on Proposed Schedule for Further Proceedings filed on July 3, 2025 ("Report"), pursuant to the Court's Order of June 7, 2025 (D.E. 671).

　　　On March 10, 2025, the Supreme Court granted Plaintiffs' petition for certiorari (Supreme Court Dkt. No. 24-652, 2025 WL 746324), vacated the judgment of the Ninth Circuit in *Cassirer v. Thyssen-Bornemisza Collection Found.*, 89 F.4th 1226 (9th Cir. 2024), and remanded this action to the Ninth Circuit for further consideration in light of Assem. Bill 2867, 2023-2024 Reg. Sess. (Cal. 2024). On

April 11, 2025, the Supreme Court issued its judgment to the Clerk of the Ninth Circuit. On April 30, 2025, the Ninth Circuit entered an Order (Case No. 19-55616, D.E. 184) granting Plaintiffs' Motion to Remand the case to this Court for proceedings consistent with the Supreme Court's opinion of March 10, 2025.

Pursuant to the parties' Joint Ex Parte Application (D.E. 670), the Court issued its Order of June 7, 2025 (D.E. 671) directing the parties to confer further and propose a framework and schedule for further proceedings in this case.

Upon consideration of the Parties' Report and being otherwise advised in the premises, it is ORDERED as follows:

1. The Parties may file motions for summary judgment, responses, and replies, on the following schedule:

| | |
|---|---|
| Motions Filed | September 12, 2025 |
| Responses Due | October 20, 2025 |
| Replies Due | November 12, 2025 |

2. Motions and response briefs shall be limited to 30 pages. Reply briefs shall be limited to 15 pages.

3. The Court will hold a hearing on the motions on December 15, 2025, at 1:30 pm.

IT IS SO ORDERED.

Dated: July 11, 2025

HONORABLE JOHN F. WALTER
United States District Judge