**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.    **CV 05-3459-JFW (Ex)** | Date:  September 15, 2025 |

Title:    David Cassirer, *et al.* -v- Thyssen-Bornemisza Collection Foundation

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**    ORDER STRIKING DECLARATION OF JEFFREY M. CHEMERINSKY [filed 9/12/2025; Docket No. 682-1]

   The Declaration of Jeffrey M. Chemerinksy in Support of Plaintiffs' Motion for Summary Judgment is **STRICKEN** for failure to comply with Local Rule 5-4.3.1, which provides in relevant part: "Individual PDF files . . . shall contain no more than one document or portion of one document per file." For all future filings in this case, Counsel shall prepare a Table of Contents for each document that attaches or refers to an exhibit.  The Table of Contents shall include meaningful description of each exhibit and a citation to the page and line where the exhibit appears in the document.  In addition, counsel shall file all documents in accordance with the following:

   All documents filed electronically shall be filed in accordance with the Local Rule 5-4.  Each PDF file shall contain no more than one document or exhibit, see Local Rule 5-4.3.1, and each document or exhibit shall be meaningfully described on the docket such that the document or exhibit can be easily identified.  For example, if a declaration in support of a motion appears as Docket No. 30, exhibit 1 to the declaration should be filed as Docket No. 30-1 with a description of the exhibit that includes the title of the exhibit and the exhibit number (e.g., Exhibit 1: Letter from John Doe to Jane Doe dated January 1, 2021).  Exhibit 2 to the declaration should be filed as Docket No. 30-2 with a description of the exhibit which includes the title of the exhibit and exhibit number (Exhibit 2: Letter from Jane Doe to John Doe dated January 2, 2021), and so on.  Any documents which counsel attempt to file electronically which are improperly filed will not be accepted by the Court.

   IT IS SO ORDERED.