Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Amelia L.B. Sargent (SBN 280243)
*asargent@larsonllp.com*
**LARSON LLP**
900 17th Street NW Suite 200
Washington, DC 20006
Telephone: (202) 795-4900
Fax: (202) 795-4888

Attorneys for The Kingdom of Spain

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID CASSIRER, AVA CASSIRER, and UNITED JEWISH FEDERATION OF SAN DIEGO COUNTY, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,<br><br>Defendant. | Case No. 2:05-cv-03459-JFW-E<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE THE KINGDOM OF SPAIN IN SUPPORT OF DEFENDANT THYSSEN-BORNEMISZA COLLECTION FOUNDATION**<br><br>[*Filed concurrently with Declaration of A. Sargent; [Proposed] Order*]<br><br>Date: December 15, 2025<br>Time: 1:30 p.m.<br>Ctroom: 7A<br><br>Assigned to the Hon. John F. Walter |

LARSON
LOS ANGELES

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE THE KINGDOM OF SPAIN IN SUPPORT OF DEFENDANT THYSSEN-BORNEMISZA COLLECTION FOUNDATION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that proposed *Amicus Curiae* The Kingdom of Spain will, and hereby does, move for an order granting leave to file the attached *amicus curiae* brief, consisting of the official statement of The Kingdom of Spain on its interest in having its laws apply to its own citizens and instrumentalities, and the potential injury it will suffer if California Assembly Bill 2867 ("AB 2867") is found to apply and deprive the Thyssen-Bornemisza Collection Foundation of ownership of *Rue Saint-Honoré, après-midi, effet de pluie* by Camille Pissaro (the "Painting"). No hearing is requested in this motion.

This motion is based upon this Notice, the supporting Memorandum of Points and Authorities, the concurrently filed Declaration of Amelia L. B. Sargent, the attached *amicus curiae* brief, any matters of which the Court may take judicial notice, the entire record on file in this action, and upon any other or further papers filed or arguments made in support of the motion.

Counsel for Spain reached out to Plaintiffs' counsel regarding this motion. Plaintiffs have informed the Kingdom of Spain that they intend to oppose this motion. Declaration of Amelia L.B. Sargent, ¶¶ 2-3.

Dated:  September 15, 2025         LARSON LLP


By:   /s/ Amelia L.B. Sargent
         Stephen G. Larson
         Amelia L.B. Sargent
Attorneys for The Kingdom of Spain

LARSON
LOS ANGELES

1
NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE THE KINGDOM OF SPAIN IN SUPPORT OF DEFENDANT THYSSEN-BORNEMISZA COLLECTION FOUNDATION

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

The Kingdom of Spain respectfully seeks leave to provide the Court with a statement of its sovereign interests in, among other things, having its own regime of property laws apply to its citizens, residents, and instrumentalities, and the resulting injuries it would suffer if Assembly Bill 2867 is applied to this proceeding to nullify all consideration of those interests in favor of California substantive law.

This Court has previously granted leave for the Kingdom of Spain to file an *amicus* brief in this matter (Dkt. 455). Leave should be granted once again because "[w]hen foreign law is relevant to a case instituted in federal court," "[a] federal court should accord respectful consideration to a foreign government's submission" regarding the interpretation and meaning of its own laws. *Animal Science Products, Inc. v. Hebei Welcome Pharmaceutical Co. Ltd.*, 585 U.S. 33, 36 (2018); *see also* Fed. R. Civ. Proc. 44.1 (in determining foreign law, the court may consider "any relevant material or source").

### II. SPAIN HAS AN INTEREST IN WHETHER AB 2867 MAY CIRCUMVENT SPANISH LAW

As discussed in the attached *amicus* brief and in the prior *amicus* briefs submitted to this Court and the Ninth Circuit, all of which are attached to the brief, Spain has an overwhelming interest in the application of its law to the adjudication of the ownership rights in the painting *Rue Saint-Honoré, après-midi, effet de pluie* by Camille Pissaro (the "Painting").

Indeed, this Court has previously found that "Spain has the *dominant* interest in determining the circumstances under which ownership of the Painting may be acquired" under both federal and California choice-of-law principles. *Cassirer v. Thyssen-Bornemisza Collection Found.*, 153 F. Supp. 3d 1148, 1155-1160 (C.D. Cal. 2015), *rev'd and remanded*, 862 F.3d 951 (9th Cir. 2017) (emphasis added). Applying either test, this Court determined "Spain has the most significant

LARSON
LOS ANGELES

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE THE KINGDOM OF SPAIN IN SUPPORT OF DEFENDANT THYSSEN-BORNEMISZA COLLECTION FOUNDATION

relationship to the Painting and the parties"—*not* California. *Id.* at 1155. This Court also concluded that, under the California choice-of-law test, "Spain's interest would be substantially more impaired if its policy were subordinated to the policy of California." *Id.* at 1158.

Now, however, the state of California has chosen to "circumvent" this Court and the appellate Courts' reasoned decisions and solve the "choice of law problem"[1] for itself. It has enacted a patently unconstitutional law—AB 2867—that *mandates* the application of California law to this action, which (1) renders Spain's interest a legal nullity, and (2) expressly unwinds the settled judicial determination that Spanish law applies. *See* Cal. Civ. Proc. Code § 338.2(e) (mandating the application of California substantive law "[n]otwithstanding *any other provision of law or prior judicial decision*") (emphasis added).

The Kingdom of Spain's Ministry of Culture has drafted a statement in the attached *amicus* brief regarding why Spanish law should be applied here, and the resultant injury to Spanish interests that would ensue if its interest is simply nullified by the California legislature's AB 2867. Given Spain's undeniable interest in governing the property rights of its own peoples, and its settled expectation that Spanish law would apply here, Spain respectfully requests that the Court grant leave and accept the attached brief.

### III. THE COURT MAY AND SHOULD GRANT LEAVE BECAUSE IT SHOULD "CAREFULLY CONSIDER" SPAIN'S INTEREST

As recognized by the United States Supreme Court, "[f]ederal courts deciding questions of foreign law under Rule 44.1 are sometimes provided with the views of the relevant foreign government" through an *amicus* brief. *Animal Sciences*, 585 U.S. at 42-43. It is therefore appropriate and proper to grant leave here. *See also*

---

[1] August 14, 2024 Assembly Floor Comments (cleaned up), available at https://calmatters.digitaldemocracy.org/bills/ca_202320240ab2867 by selecting "Analysis" tab.

LARSON
LOS ANGELES

3

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE THE KINGDOM OF SPAIN IN SUPPORT OF DEFENDANT THYSSEN-BORNEMISZA COLLECTION FOUNDATION

*NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) ("District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved . . . .").

### IV.   CONCLUSION

For the foregoing reasons, the Kingdom of Spain respectfully requests the Court grant leave to file the attached *amicus* brief and accord it the appropriate weight under principles of international comity and the guidance of the U.S. Supreme Court.

Dated: September 15, 2025          LARSON LLP

By: /s/ Amelia L.B. Sargent
Stephen G. Larson
Amelia L.B. Sargent
Attorneys for The Kingdom of Spain

LARSON
LOS ANGELES

4
NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE THE KINGDOM OF SPAIN IN SUPPORT OF DEFENDANT THYSSEN-BORNEMISZA COLLECTION FOUNDATION

**CERTIFICATE OF COMPLIANCE WITH L.R. 11-6.1**

The undersigned, counsel of record for The Kingdom of Spain, certifies that this Memorandum of Points and Authorities in Support of the Motion for Leave To File Brief of Amicus Curiae The Kingdom of Spain contains 689 words, and the Brief of Amicus Curiae The Kingdom of Spain and report of the Ministry of Culture of Spain attached thereto as Attachment 1 contain a combined 2,684 words, which complies with the word limit of L.R. 11-6.1.

Dated: September 15, 2025     LARSON LLP

By:   /s/ Amelia L.B. Sargent
Stephen G. Larson
Amelia L.B. Sargent
Attorneys for The Kingdom of Spain

LARSON
LOS ANGELES

5
NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE THE KINGDOM OF SPAIN IN SUPPORT OF DEFENDANT THYSSEN-BORNEMISZA COLLECTION FOUNDATION