Thaddeus J. Stauber (Bar No. 225518)
tstauber@nixonpeabody.com
Aaron M. Brian (Bar No. 213191)
abrian@nixonpeabody.com
Zachary C. Osinski (Bar No. 358770)
zosinski@nixonpeabody.com
NIXON PEABODY LLP
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071
Tel: (213) 629-6000
Fax: (213) 629-6001

Attorneys for Defendant
Thyssen-Bornemisza Collection Foundation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CASSIRER, AVA CASSIRER, and UNITED JEWISH FEDERATION OF SAN DIEGO COUNTY, a California non-profit corporation,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,<br><br>　　　　Defendant. | Case No. 05-cv-03459-JFW (Ex)<br>Honorable John F. Walter<br><br>**DEFENDANT THYSSEN-BORNEMISZA COLLECTION FOUNDATION'S NOTICE OF NON-OPPOSITION TO PROPOSED INTERVENOR'S *EX PARTE* APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING AND CONTINUE HEARING** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN, PLEASE TAKE NOTICE:

On November 17, 2025, Proposed Intervenor Rob Bonta, in his official capacity as Attorney General of California, filed an *Ex Parte* Application for Leave to File Supplemental Briefing and Continue Hearing [Dkt. 702].

Without waiver of any rights or defenses and without admission of any facts or circumstances, Defendant Thyssen-Bornemisza Collection Foundation does not oppose the *ex parte* application.  [*See* L.R. 7-19; Amended Standing Order (Dkt. 379) Rule 6.]

Dated: November 18, 2025                    NIXON PEABODY LLP


By: */s/ Thaddeus J. Stauber*
Thaddeus J. Stauber
Aaron M. Brian
Zachary C. Osinski

Attorneys for Defendant
Thyssen-Bornemisza Collection
Foundation