**BOIES SCHILLER FLEXNER LLP**
John J. Kucera (Bar No. 274184)
 jkucera@bsfllp.com
Daniel G. Boyle (Bar No. 332518)
 dboyle@bsfllp.com
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

David A. Barrett (admitted *pro hac vice*)
 dbarrett@bsfllp.com
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

**KENDALL BRILL & KELLY LLP**
Laura W. Brill (Bar No. 195889)
 lbrill@kbkfirm.com
Jeffrey M. Chemerinsky (Bar No. 270756)
 jchemerinsky@kbkfirm.com
10100 Santa Monica Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

[Additional counsel on signature page]
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID CASSIRER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain, <br><br> Defendant. | Case No. 2:05-cv-03459-JFW (Ex) <br><br> **JOINT APPLICATION TO CONTINUE HEARING AND BRIEFING SCHEDULE** <br><br> Date:  December 15, 2025 <br> New Date: March 30, 2026 <br> Time:  1:30 p.m. <br> Courtroom: 7A <br> Judge: Hon. John F. Walter <br> Pretrial date: None set. <br> Trial date: None set |

# JOINT APPLICATION

Through their undersigned counsel and pursuant to Local Rule L.R. 40-1 and the Court's Amended Standing Order paragraphs 5(a) and 7 (D.E. 379), Plaintiffs David Cassirer, *et al.*, ("Plaintiffs") and *amicus curiae* the Kingdom of Spain ("Spain") jointly move for an order (1) continuing the December 15, 2025, hearing on Spain's Motion for Leave to File Amicus Brief (D.E. 684) (the "Motion"), and (2) setting a schedule for filing of Plaintiff's response to the Motion and Spain's reply, which are currently due on November 24, 2025, and December 1, 2025, respectively.

This joint application is filed in light of the Court's Order Granting the California Attorney General's *Ex Parte* Application for Leave to File Supplemental Briefing and Continue Hearing (D.E. 706), which continued the hearing on the parties' cross-Motions for Summary Judgment from December 15, 2025 to March 30, 2026. Good cause exists to grant this joint application because it will facilitate addressing all pending issues in this case together at the March 30, 2026 hearing.

Plaintiffs and Spain request that the Court set the following briefing schedule and hearing date, if needed, for the Motion:

- February 6, 2026 – Plaintiff's response to the Motion for Leave to File Amicus Brief due
- February 27, 2026 – Spain's reply brief due
- March 30, 2026 – Hearing on Motion for Leave to File Amicus Brief.

No prior requests for extension have been made regarding Spain's Motion.

Dated: November 21, 2025                Respectfully submitted,

**KENDALL BRILL & KELLY LLP**

By:                */s/ Jeffrey M. Chemerinsky*

Laura W. Brill (Bar No. 195889)
Jeffrey M. Chemerinsky (Bar No. 270756)

|   |   |
|---|---|
| 1 | 10100 Santa Monica Blvd., Suite 2500 |
| 2 | Los Angeles, CA 90067 |
|   | Telephone: (310) 556-2700 |
| 3 | Facsimile: (310) 556-2705 |
| 4 | **BOIES SCHILLER FLEXNER LLP** |
| 5 | John J. Kucera (Bar No. 274184) |
|   | Daniel G. Boyle (Bar No. 332518) |
| 6 | 2029 Century Park East, Suite 1520 |
| 7 | Los Angeles, CA 90067 |
|   | Telephone: (213) 629-9040 |
| 8 | Facsimile: (213) 629-9022 |

David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

David A. Barrett (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Stephen N. Zack (admitted *pro hac vice*)
100 SE Second Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Scott E. Gant
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

                                      **DUBBIN & KRAVETZ, LLP**
Samuel J. Dubbin (admitted *pro hac vice*)
1200 Anastasia Avenue, Suite 300
Coral Gables, FL 33134
Telephone: (305) 371-4700
Facsimile: (305) 371-4701

*Attorneys for Plaintiffs*
DAVID CASSIRER, *et al.*

Dated:  November 21, 2025      LARSON LLP


By:   */s/ Amelia L.B. Sargent*
       Stephen G. Larson
       Amelia L.B. Sargent
Attorneys for The Kingdom of Spain

Case No. CV 05-03459-JFW (Ex)
JOINT APPLICATION TO CONTINUE HEARING AND BRIEFING SCHEDULE
4