1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| DAVID CASSIRER, *et al.*, | Case No. 2:05-cv-03459-JFW (Ex) |
|---|---|
| Plaintiffs, | |
| v. | **ORDER GRANTING JOINT APPLICATION TO CONTINUE HEARING AND BRIEFING SCHEDULE** |
| THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain, | |
| Defendant. | |

The Court, having considered the Joint Application to Continue Hearing and Briefing Schedule, **ORDERS** as follows:

1. The Joint Application to Continue Hearing and Briefing Schedule is **GRANTED**.
2. Plaintiffs shall file a brief in response to the Kingdom of Spain's Motion for Leave to File Amicus Brief by February 6, 2026.
3. Spain shall file any reply brief by February 27, 2026.
4. Any hearing on Spain's Motion for Leave, should the Court deem oral argument necessary, shall be held at the same time as the hearing for parties' cross-Motions for Summary Judgment on March 30, 2026, at 1:30 p.m.

Dated: November 24, 2025

_____
The Hon. John F. Walter
United States District Court Judge