Rob Bonta
Attorney General of California
Todd Grabarsky
Supervising Deputy Attorney General
Carolyn Downs
SBN 353455
Barbara Horne-Petersdorf
SBN 327738
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6720
 Fax:  (916) 731-2124
 E-mail:  Carolyn.Downs@doj.ca.gov
*Attorneys for Proposed Intervenor Rob Bonta, in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CASSIRER, AVA CASSIRER, and UNITED JEWISH FEDERATION OF SAN DIEGO COUNTY, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,<br><br>Defendant. | Case No. 2:05-cv-03459-JFW<br><br>**JOINT STIPULATION RE: CALIFORNIA ATTORNEY GENERAL AS PARTY-IN-INTERVENTION AND REQUEST TO GRANT UNOPPOSED MOTION TO INTERVENE**<br><br>Hearing Date: December 15, 2025<br>Judge:         Hon. John F. Walter<br>Courtroom:   7A<br>Trial Date:    None set.<br>Action Filed: May 10, 2005 |

## JOINT STIPULATION AND REQUEST

Plaintiffs David Cassirer, Ava Cassirer, and United Jewish Federation of San Diego County, Defendant Thyssen-Bornemisza Collection Foundation, and Proposed Party-in-Intervention Rob Bonta, in his official capacity as Attorney General of California, (collectively, the Parties), hereby stipulate, agree, and jointly request as follows:

**WHEREAS**, on November 17, 2025, Proposed Party-in-Intervention Attorney General Rob Bonta filed an Unopposed Motion to Intervene in the above-captioned matter to defend duly enacted California laws (ECF No. 701) and an *Ex Parte* Application for Leave to File Supplemental Brief and Continue Hearing (ECF No. 702);

**WHEREAS**, on November 18, 2025, Defendant filed a Notice of Non-Opposition to the *Ex Parte* Application;

**WHEREAS**, on November 19, 2025, the Court granted the *Ex Parte* Application, and ordered that the Attorney General's supplemental brief be filed by January 9, 2026, Defendant's opposition brief be filed by February 6, 2026, the Attorney General's reply brief be filed by February 27, 2026, and the hearing on the parties' cross-Motions for Summary Judgment be continued to March 30, 2026, at 1:30 p.m. (ECF No. 706);

**WHEREAS**, to date, the Court has not ruled on the Unopposed Motion to Intervene (ECF No. 701), which is currently scheduled for hearing on December 15, 2025;

**IT IS HEREBY STIPULATED AND REQUESTED**, by the Parties and through their undersigned counsel, as follows:

1. The California Attorney General shall proceed as a Party-in-Intervention in the above-captioned matter for the limited purpose of defending duly enacted California laws.

2. Because the Parties agree as to the resolution of the Motion to Intervene

providing for the Attorney General's intervention to defend California's duly enacted laws, the Parties request that the Court issue an Order:

    a. Granting the Attorney General's Motion to Intervene (ECF No. 701); and

    b. Vacating the December 15, 2025, hearing on the Motion to Intervene.

Dated:  December 5, 2025        Respectfully submitted,

ROB BONTA
Attorney General of California
TODD GRABARSKY
Supervising Deputy Attorney General

  /s/ Carolyn Downs
CAROLYN DOWNS
BARBARA HORNE-PETERSDORF
Deputy Attorneys General
*Attorneys for Proposed Intervenor Rob Bonta, in his official capacity as Attorney General of California*

Dated:  December 5, 2025        **BOIES SCHILLER FLEXNER LLP**

  /s/ David A. Barrett
JOHN J. KUCERA (Bar No. 274184)
DANIEL G. BOYLE (Bar No. 332518)
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

DAVID BOIES (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

DAVID A. BARRETT (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

|   |   |
|---|---|
| 1 | |
| 2 | STEPHEN N. ZACK (admitted *pro hac vice*)<br>100 SE Second Street, Suite 2800<br>Miami, FL 33131<br>Telephone: (305) 539-8400<br>Facsimile: (305) 539-1307 |
| 3 | |
| 4 | |
| 5 | SCOTT E. GANT<br>1401 New York Ave, NW<br>Washington, DC 20005<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 |
| 6 | |
| 7 | |
| 8 | **DUBBIN & KRAVETZ, LLP**<br>SAMUEL J. DUBBIN (admitted *pro hac vice*)<br>1200 Anastasia Avenue, Suite 300<br>Coral Gables, FL 33134<br>Telephone: (305) 371-4700<br>Facsimile: (305) 371-4701 |
| 9 | |
| 10 | |
| 11 | |
| 12 | **KENDALL BILL & KELLY LLP**<br>LAURA W. BRILL (Bar No. 195889)<br>JEFFREY M. CHEMERINSKY (Bar No. 270756)<br>10100 Santa Monica Blvd., Suite 2500<br>Los Angeles, CA 90067<br>Telephone: (310) 556-2700<br>Facsimile: (310) 556-2705 |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | *Attorneys for Plaintiffs*<br>DAVID CASSIRER, THE ESTATE OF AVA CASSIRER, and the UNITED JEWISH FEDERATION OF SAN DIEGO |
| 18 | |
| 19 | |
| 20 | |
| 21 | Dated:  December 5, 2025 |  **NIXON PEABODY LLP** |
| 22 | |  /s/ Zachary Osinski<br>THADDEUS J. STAUBER (Bar No. 225518)<br>AARON M. BRIAN (Bar No. 213191)<br>ZACHARY C. OSINSKI (Bar No. 358770)<br>300 S. Grand Avenue, 41st Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 629-6000<br>Facsimile: (213) 629-6001 |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | *Attorneys for Defendant*<br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION |
| 28 | |

4

|   |   |
|---|---|
| 1 | **<u>STIPULATION</u>** |

In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 5, 2025                    By: /s/ Carolyn Downs
                                                                    Carolyn Downs
                                                                    Deputy Attorney General
                                                                    *Attorney for Proposed Intervenor Rob Bonta, in his official capacity as Attorney General of California*

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Cassirer, David, et al. v. Thyssen-Bornemisza Collection Foundation** | Case No. | **2:05-cv-03459-JFW** |

I hereby certify that on <u>December 5, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION RE: CALIFORNIA ATTORNEY GENERAL AS PARTY-IN-INTERVENTION AND REQUEST TO GRANT UNOPPOSED MOTION TO INTERVENE**

I certify that **all** participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct, and that this declaration was executed on <u>December 5, 2025</u>, at Los Angeles, California.

|  |  |
|---|---|
| Anthony Conklin | *Anthony Conklin* |
| Declarant | Signature |

SA2025306474
68069619.docx