IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID CASSIRER, AVA CASSIRER, and UNITED JEWISH FEDERATION OF SAN DIEGO COUNTY, a California non-profit corporation,**<br><br>Plaintiffs,<br><br>v.<br><br>**THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,**<br><br>Defendant. | Case No. 2:05-cv-03459-JFW<br><br>**[PROPOSED] ORDER GRANTING ATTORNEY GENERAL ROB BONTA'S MOTION TO INTERVENE** |

The Court, having considered the Joint Stipulation re: California Attorney General as Party-in-Intervention and Request to Grant Unopposed Motion to Intervene, hereby **GRANTS** the Attorney General's Motion to Intervene (ECF No. 701) and **VACATES** the December 15, 2025 hearing on that motion.

IT IS SO ORDERED.

Dated: _____   _____
                                                                                        Honorable John F. Walter
                                                                                        United States District Judge

1

[PROPOSED] ORDER GRANTING ATTORNEY GENERAL'S MOTION TO INTERVENE
Case No.: 2:05-cv-03459-JFW