IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CASSIRER, AVA CASSIRER, and UNITED JEWISH FEDERATION OF SAN DIEGO COUNTY, a California non-profit corporation,<br><br>                                    Plaintiffs,<br><br>            v.<br><br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,<br><br>                                    Defendant. | Case No. 2:05-cv-03459-JFW(Ex)<br><br>ORDER GRANTING ATTORNEY GENERAL ROB BONTA'S MOTION TO INTERVENE |

The Court, having considered the Joint Stipulation re: California Attorney General as Party-in-Intervention and Request to Grant Unopposed Motion to Intervene, hereby GRANTS the Attorney General's Motion to Intervene (ECF No. 701) and VACATES the December 15, 2025 hearing on that motion.

IT IS SO ORDERED.


Dated:  December 9, 2025

_____
Honorable John F. Walter
United States District Judge

1