**COMPLEX APPELLATE LITIGATION GROUP LLP**
Mary-Christine Sungaila (No. 156795)
  mc.sungaila@calg.com
Michael von Loewenfeldt (No. 178665)
  michael.vonloewenfeldt@calg.com
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
Tel: (949) 991-1900
Fax: (415) 726-2527

Attorneys for *Amici Curiae*
Monuments Men and Women Foundation; StandWithUs; Jamie Kastner; Laura Baron Kastner; Dr. David Milch Foundation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID CASSIRER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain, <br><br> Defendant. | Case No. CV 05-03459-JFW (Ex) <br> Hon. John F. Walter <br><br> **NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF MONUMENTS MEN AND WOMEN FOUNDATION, STANDWITHUS, JAMIE KASTNER, LAURA BARON KASTNER, AND DR. DAVID M. MILCH FOUNDATION IN SUPPORT OF PLAINTIFFS** <br><br> Date: March 30, 2026 <br> Time: 1:30 p.m. <br> Courtroom: 7A |

1  Please take notice that proposed Amici Curiae Monuments Men
2  and Women Foundation, StandWithUs, Jamie Kastner; Laura Baron
3  Kastner; Dr. David Milch Foundation (together, "Amici") will, and
4  hereby do, move this Court for an order granting leave to file the amici
5  curiae brief attached as Exhibit A.  This motion is based on the
6  supporting Memorandum of Points and Authorities, the Declaration of
7  Mary-Christine Sungaila, the attached amici curiae brief, the record in
8  this case, any additional papers which may be filed in this matter, and
9  any paper or argument which the Court may deem appropriate.  No
10 hearing is requested in this motion.
11   Counsel for Plaintiffs have consented to the filing of this proposed
12 amici curiae brief.  Declaration of Mary-Christine Sungaila, ¶ 2.
13 Counsel for Amici contacted counsel for Defendants regarding this
14 motion, and received no response from Defendant concerning consent or
15 lack thereof to the filing of the proposed amici curiae brief.  *Id.*, ¶¶ 3-4.

**COMPLEX APPELLATE LITIGATION GROUP LLP**

Dated:  March 2, 2026          */s/ Mary-Christine Sungaila*
Mary-Christine Sungaila
Attorney for *Amici Curiae*
Monuments Men and Women
Foundation, StandWithUs, Jamie
Kastner, Laura Baron Kastner, and
the Dr. David M. Milch Foundation

## Memorandum of Points and Authorities

### I. Introduction

As this case centers on a piece of art stolen during the Holocaust, Amici, who are actively involved in efforts to educate the public about the history of the Holocaust, the theft of art by the Nazi regime, and efforts to recover that art and restore it to its rightful owners, respectfully request leave of the Court to file the attached amici curiae brief in support of Plaintiffs David Cassirer, et al. (collectively the "Plaintiffs").

### II. Interests of the Amici

The Monuments Men and Women Foundation ("the Foundation") is a nonprofit organization, created to raise worldwide awareness about the men and women who served in the Monuments, Fine Arts, and Archives section of the U.S. and Allied militaries' Civil Affairs division during and after World War II; to honor their achievements; and to complete their unfinished mission of returning missing art to the rightful owners. Further information about the Foundation and its mission can be found at http://www.mmwf.org/. The issues in the pending motion are central to the Foundation's mission, and the Foundation previously filed amicus briefs in this matter in both the Ninth Circuit and United States Supreme Court.

StandWithUs is a California-based organization advocating against antisemitism. The StandWithUs Holocaust Education Center (HEC), headquartered in Los Angeles, brings interactive Holocaust education programs, films and curriculum to schools and communities across North America, through in-person and virtual platforms. The HEC's custom-made, interdisciplinary programs are meant to proactively educate students about the Holocaust and also respond to

3

instances of antisemitism experienced by students at specific schools or communities.  The HEC works affirmatively to address the widespread deficiencies in information about the Holocaust, and to counter the antisemitism connected with Holocaust denial and distortion.  Further information about StandWithUs and its mission can be found at www.standwithus.com.

Jamie Kastner and Laura Baron Kastner are the director/producer team behind The Spoils, a feature documentary about current controversies surrounding the restitution of Nazi-era looted art, focused on the collection of German-Jewish art dealer Max Stern, who was forced to liquidate his family's Düsseldorf gallery in a forced Nazi "Jew auction" in 1937, paying the proceeds to the Nazis and barely escaping. Landing penniless in Montreal he rose to become Canada's most successful art dealer.  A restitution project in his name has become one of the world's most successful.  The film documents two restitution claims against Düsseldorf and two botched attempts by the city to hold exhibitions in Stern's honor, exposing the heart of the current crisis in the art world around the restitution of Nazi-looted art.  After premiering at the Munich International Film Festival in 2024 the film has gone on to play in more than a dozen additional festivals around the world to great media and critical acclaim.  Jamie Kastner has directed 11 other feature documentaries, including There Are No Fakes (2019), which uncovered "the largest art fraud in the world" operating in Canada's far north, credited by Canadian police with inspiring them to launch an investigation into the fraudulent reproduction of paintings of legendary Indigenous painter Norval Morrisseau, leading to 8 arrests, 40 charges laid, and the seizure of more than 1,000 fake paintings in 2023.

The Dr. David M. Milch Foundation is a nonprofit organization dedicated to arts for change and youth mentoring.  Among its core focus areas is combating antisemitism, hate, and historical distortion through art, education, and immersive storytelling.  The Milch Foundation's flagship program, Lives Eliminated, Dreams Illuminated (LEDI), focuses on education about the Holocaust and dangerous recent escalation of antisemitism.  LEDI has served thousands of students in person and virtually across Florida, New England, New York, and New Jersey, partnering with schools, educators, and national organizations to provide structured Holocaust and antisemitism education grounded in historical accuracy, emotional resonance, and contemporary relevance.

### III. Amicus Briefs are Appropriate and Useful

Submission of amicus curiae briefs has been permitted in federal district courts when the amicus is capable of providing "unique information or perspective" on the case. *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997); see also *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F.Supp.2d 1061, 1067 (N.D. Cal. 2005) (stating "[d]istrict courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.' ").  District courts in California have found that "[e]ven when a party is very well represented, an amicus may provide important assistance to the court." *Jamul Action Comm. v. Stevens*, 2014 WL 3853148 at *6 (E.D. Cal. 2014) (citing *Neonatology Assocs., P.A. v. Comm'r of Internal Revenue, et al.*, 293 F.3d 128, 132 (3d Cir. 2002).

As discussed above, Amici are all actively involved in efforts to educate the public about the history of the Holocaust, the theft of art by the Nazi regime, and efforts to recover that art and restore it to its rightful owners. Amici's experience and expertise in these areas provides useful historical background to the court, as illustrated by the Monuments Men and Women Foundation's prior amicus briefs in this matter at the Ninth Circuit and United States Supreme Court.

## IV. Conclusion

For these reasons, Amici move for leave to submit the attached brief in support of the Plaintiffs.

Respectfully submitted,

**COMPLEX APPELLATE LITIGATION GROUP LLP**

Dated: March 2, 2026

*/s/ Mary-Christine Sungaila*
Mary-Christine Sungaila
Attorney for *Amici Curiae*
Monuments Men and Women Foundation, StandWithUs, Jamie Kastner, Laura Baron Kastner, and the Dr. David M. Milch Foundation