**BOIES SCHILLER FLEXNER LLP**
John J. Kucera (Bar No. 274184)
 jkucera@bsfllp.com
Daniel G. Boyle (Bar No. 332518)
 dboyle@bsfllp.com
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

David A. Barrett (admitted *pro hac vice*)
 dbarrett@bsfllp.com
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

**KENDALL BRILL & KELLY LLP**
Laura W. Brill (Bar No. 195889)
 lbrill@kbkfirm.com
Jeffrey M. Chemerinsky (Bar No. 270756)
 jchemerinsky@kbkfirm.com
10100 Santa Monica Blvd.
Los Angeles, CA 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

[Additional counsel on signature page]
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID CASSIRER, *et al.*, <br><br>Plaintiffs, <br>v. <br><br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain, <br><br>Defendant. | Case No. 2:05-cv-03459-JFW (Ex) <br><br>**NOTICE OF LODGING OF [PROPOSED] STATEMENT OF DECISION CONCERNING THE KINGDOM OF SPAIN'S MOTION TO FILE AMICUS BRIEF** <br><br>Date: March 30, 2026 <br>Time: 1:30 p.m. <br>Courtroom: 7A <br>Judge: Honorable John F. Walter |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN, PLEASE TAKE NOTICE:

Pursuant to Civil Local Rule 5-4.4, Plaintiffs hereby lodge their [Proposed] Statement of Decision Concerning The Kingdom of Spain's Motion to File Amicus Brief.

Dated: March 2, 2026                    Respectfully submitted,

**KENDALL BRILL & KELLY LLP**

By: /s/ *Jeffrey M. Chemerinsky*
Laura W. Brill (Bar No. 195889)
Jeffrey M. Chemerinsky (Bar No. 270756)
10100 Santa Monica Blvd.
Los Angeles, CA 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

**BOIES SCHILLER FLEXNER LLP**
John J. Kucera (Bar No. 274184)
Daniel G. Boyle (Bar No. 332518)
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

David A. Barrett (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Stephen N. Zack (admitted *pro hac vice*)
100 SE Second Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Scott E. Gant
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

**DUBBIN & KRAVETZ, LLP**
Samuel J. Dubbin (admitted *pro hac vice*)
1200 Anastasia Avenue, Suite 300
Coral Gables, FL 33134
Telephone: (305) 371-4700
Facsimile: (305) 371-4701

*Attorneys for Plaintiffs*
DAVID CASSIRER, *et al.*