**BOIES SCHILLER FLEXNER LLP**
John J. Kucera (Bar No. 274184)
    jkucera@bsfllp.com
Daniel G. Boyle (Bar No. 332518)
    dboyle@bsfllp.com
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

David A. Barrett (admitted *pro hac vice*)
    dbarrett@bsfllp.com
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

**KENDALL BRILL & KELLY LLP**
Laura W. Brill (Bar No. 195889)
    lbrill@kbkfirm.com
Jeffrey M. Chemerinsky (Bar No. 270756)
    jchemerinsky@kbkfirm.com
10100 Santa Monica Blvd.
Los Angeles, CA 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID CASSIRER, *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,<br><br>                    Defendant. | Case No. 2:05-cv-03459-JFW (Ex)<br><br>**[PROPOSED] STATEMENT OF DECISION CONCERNING THE KINGDOM OF SPAIN'S MOTION TO FILE AMICUS BRIEF**<br><br>Date: March 30, 2026<br>Time: 1:30 p.m.<br>Courtroom: 7A<br>Judge:  Honorable John F. Walter |

On September 18, 2025, non-party The Kingdom of Spain ("Spain") filed a Motion for Leave to File Brief of Amicus Curiae in Support of Defendant Thyssen-Bornemisza Collection Foundation ("Defendant" or "TBC"). D.E. 689. On February 6, 2026, Plaintiffs David Cassirer, *et al.*, ("Plaintiffs" or "Cassirers") filed their Response to Spain's Motion to File Amicus Brief, stating that they "take no position on whether Spain's Motion should be granted" but that "if the Court grants Spain's Motion, Spain's arguments are entitled to virtually no weight." D.E. 724 at 1. On February 27, 2026, Spain filed its Reply. D.E. 729.

The "classic role" of amicus curiae is to assist the Court "in a case of general public interest,"" supplement "the efforts of counsel," and to draw the court's attention to "law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Labor & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982). "Whether to allow Amici to file a brief is solely within the Court's discretion." *Woodfin Suite Hotels, LLC v. City of Emeryville*, 2007 WL 81911, at *3 (N.D. Cal. Jan. 9, 2007). "There are no strict prerequisites that must be established prior to qualifying for amicus status." *Id.* (cleaned up).

The Court, having considered the moving, response, and reply papers, and the arguments therein, exercises its discretion and **GRANTS/DENIES** The Kingdom of Spain's Motion for Leave to File Brief of Amicus Curiae (D.E. 689). [IF GRANTED: The weight to be afforded Spain's amicus brief, if any, will be considered in deciding the parties' motions for summary judgment.]

Dated: March ___, 2026

_____
The Hon. John F. Walter
United States District Court Judge