Duane Morris LLP
Benjamin G. Shatz (Cal. Bar 160229)
BGShatz@DuaneMorris.com
865 S. Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
(213) 689-7439, Fax: (213) 403-5857
Attorney for *Amici Curiae* The 1939 Society,
American Jewish Committee, ART ASHES,
Bet Tzedek, Simon Wiesenthal Center, and
Holocaust Survivors Foundation USA

Rajika L. Shah (Cal. Bar 232994)
Rajika.Shah@LLS.edu
Director, Loyola Justice for Atrocities Clinic,
and Visiting Associate Professor
LMU Loyola Law School
919 Albany Street, Los Angeles, CA 90015
(213) 736-8348, Fax: (213) 480-6805
Attorney for Loyola Justice for Atrocities Clinic

*Counsel continued on next page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID CASSIRER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,<br><br>　　　　　Defendant. | Case No.: 2:05-cv-03459-JFW (Ex)<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: March 30, 2026<br>Time: 1:30 p.m.<br>Courtroom: 7A<br>Judge: The Honorable John F. Walter |

1  Michael J. Bazyler (Cal. Bar 84398)
   Bazyler@Chapman.edu
2  Professor of Law and The 1939 Society Law Scholar in Holocaust
   and Human Rights Studies
3  Dale E. Fowler School of Law, Chapman University
   1 University Drive, Orange, CA 92866-1005
4  (310) 926-0149, Fax: (310) 829-6012
5  Attorney for The 1939 Society and Holocaust Scholars

6  Stanley A. Goldman (Cal. Bar 65957)
   Stanley.Goldman@LLS.edu
7  Professor of Law and Founding Director,
   Center for the Study of Law and Genocide
8  LMU Loyola Law School
   919 Albany Street, Los Angeles, CA 90015
9  (213) 736-1092, Fax: (213) 480-6805
10 Attorney for Center for the Study of Law and Genocide

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Notice of Motion & Motion for Leave to File AMICI CURIAE BRIEF*
2
DM1\20734672.1                                                               Case No. 2:05-cv-03459-JFW

| | |
|---|---|
| 1 | Please take notice that proposed Amici Curiae The 1939 Society, American Jewish |
| 2 | Committee, ART ASHES, Bet Tzedek, Center for the Study of Law and Genocide, |
| 3 | Holocaust Scholars, Holocaust Survivors Foundation USA, Loyola Justice for Atrocities |
| 4 | Clinic, and Simon Wiesenthal Center hereby move this Court for an order granting leave |
| 5 | to file the amici curiae brief attached as Exhibit A. This motion is based on the |
| 6 | supporting Memorandum of Points and Authorities, the Declaration of Benjamin G. |
| 7 | Shatz, the attached amici curiae brief, the record in this case, any additional papers which |
| 8 | may be filed in this matter, and any paper or argument which the Court may deem |
| 9 | appropriate. No hearing is requested in this motion. |
| 10 | Counsel for Plaintiffs have consented to the filing of this proposed amici curiae |
| 11 | brief. Counsel for Amici did not contact counsel for Defendants regarding this motion. |

March 2, 2026                                   Respectfully submitted,

/s/Benjamin G. Shatz
Benjamin G. Shatz, BGShatz@DuaneMorris.com
Duane Morris LLP
865 S. Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
(213) 689-7439, Fax: (213) 403-5857
BGShatz@DuaneMorris.com
Attorney for *Amici Curiae* American Jewish Committee, ART ASHES, Bet Tzedek, Holocaust Survivors Foundation USA, Jewish Federations of North America, The 1939 Society, and Simon Wiesenthal Center

## Memorandum of Points and Authorities

The proposed amici are all actively interested in this long-running litigation, and most have filed prior amicus briefs in this matter in the Ninth Circuit Court of Appeals (in 2023 and 2024) and in the Supreme Court (2021 and 2025).

**The 1939 Society**, formed in 1952 as The 1939 Club, is one of the oldest and largest organizations of Holocaust survivors and descendants in the United States. Its members and officers have included Jews that appeared on Schindler's list, including former president Paul Page, a survivor of Schindler's factory who convinced Thomas Keneally to write the book Schindler's List and Steven Spielberg to make the film based on it. In 1978, the organization created the very first chair in Holocaust studies in the United States at UCLA, now called The 1939 Society Samuel Goetz Chair in Holocaust Studies, named after one of our former presidents who pioneered Holocaust education in the United States. Twenty-one years ago, the Society initiated a Holocaust Art and Writing Contest at Chapman University for middle and high school students across the country, indeed, across the world. Between 7,000 and 8,000 students participate annually. Like tens of thousands of other Holocaust survivors, Page and Goetz died while awaiting some measure of compensation for the wrongs they suffered.

With all but one of the original members now deceased, and the remaining survivors past their golden years, the Society now consists of children and grandchildren of survivors and their supporters. Its primary mission is to develop Holocaust remembrance and education, and counter increasing Holocaust denialism.

The **American Jewish Committee**, founded in 1906, is a leading global Jewish advocacy organization with offices around the world and the United States. Its mission is to safeguard the welfare and security of Jews; to strengthen the basic principles of democracy and pluralism around the world; and to enhance the quality of Jewish life.

**ART ASHES** ("Art Restitution to Assist Survivors of the Holocaust Emergency Services") is a nonprofit foundation that funds the field of artwork restitution, identifying objects stolen during the Holocaust and acknowledging the families and heirs who are the

rightful owners of such art. ART ASHES supports researchers and attorneys working in the field of restitution, along with claimants and heirs, to tell the story of each artwork, the original collectors, and the history of Nazi looting. In acknowledgment of the many Holocaust Survivors still living, the Foundation asks successful claimants to donate a portion of any sale proceeds to nonprofit organizations assisting Holocaust Survivors who live in poverty. Approximately 50,000 Holocaust Survivors live in or near poverty and require financial assistance for everyday needs such as food, rent, and utilities, and do not receive the medical, dental, mental health, and long-term care they need.

**Bet Tzedek** (Hebrew for "House of Justice"), an internationally recognized force in poverty law, was founded in 1974 to achieve full and equal access to justice for all vulnerable members of its community. Bet Tzedek is widely respected for its expertise on Holocaust reparations and has represented over 5,000 survivors in reparations claims, free of charge. Bet Tzedek litigated the landmark case *Grunfeder v. Heckler*, 748 F.2d 503 (9th Cir. 1984) and has been amicus in many Nazi-confiscated art cases, including *Republic of Austria v. Altmann*, 541 U.S. 677 (2004).

The **Center for the Study of Law & Genocide** at LMU Loyola Law School, Los Angeles was inaugurated in 2008, the 60th anniversary year of the adoption of the 1948 Convention on the Prevention and Punishment of the Crime of Genocide. The Center is uniquely the first of its kind at any U.S. law school to focus on legal aspects of, approaches to, and solutions for genocide and mass atrocities. Through intellectual research and practical advocacy, the Center focuses on the remedies and victims of genocide and mass atrocities, aiming to help survivors achieve justice.

*Amici curiae* **Holocaust Scholars** (Omer Bartov, Michael S. Bryant, Lauren Fielder, Peter Hayes, Michael J. Kelly, Stanley W. Levy, Robert J. Williams) are academic specialists on the history of the Holocaust, which ran from January 30, 1933 through at least May 9, 1945. *Amici* have an important interest in ensuring that the historical issues presented are understood fully and comprehensively, including so as to prevent misunderstandings and distortions of Holocaust history. *Amici* respectfully

submit this brief to provide a precise and historically accurate context for assessing how the looting of art during the Holocaust—the comprehensive persecution and genocide of the Jews—unfolded.

The **Holocaust Survivors Foundation USA** is a national coalition of Holocaust survivors and survivor groups. HSF leaders have testified often before Congress about restitution issues, open Holocaust records and archives, and the widespread suffering that tens of thousands of survivors endured after the Holocaust due to the unique crimes of the Nazi regime.

Through partnerships with NGOs, prosecutors, tribunals, and advocates, the **Justice for Atrocities Clinic at LMU Loyola Law School**, Los Angeles, seeks to hold perpetrators of mass atrocities legally accountable and work toward reparations for victims and survivors of international atrocity crimes—genocide, crimes against humanity, war crimes—and serious human rights abuses. The LJAC engages students in claims-based legal work in a wide range of domestic and international tribunals.

The **Simon Wiesenthal Center** is a leading international Jewish human rights organization founded in 1977 by Rabbi Marvin Hier. It is named in honor of the famed Holocaust survivor and Nazi-hunter, Simon Wiesenthal who devoted his entire life after World War II to bringing 1,100 Nazi War Criminals before the bar of justice. The SWC confronts antisemitism, hate, and terrorism, supports the democratic state of Israel, defends the safety of Jews worldwide, and teaches the lessons of the Holocaust to new generations. The SWC is an accredited Non-Governmental Organization at the United Nations, UNESCO, OSCE, Organization of American States, Latin American Parliament, and Council of Europe. Headquartered in Los Angeles, SWC has offices in New York, Chicago, Miami, Toronto, Paris, Jerusalem, and Buenos Aires. Moriah Films is the two-time Academy Award®-winning film division of the SWC. The Museum of Tolerance, founded in 1993, is the SWC's educational arm.

**This Court Should Accept Amicus Briefs in this Litigation.**

Over the decades of this litigation, numerous amicus briefs have been accepted for filing. The *Amici* here have been actively involved in this case and are all actively involved in wider efforts to educate the public about the history of the Holocaust, the theft of art by the Nazi regime, and efforts to recover that art and restore it to its rightful owners. *Amici*'s experience and expertise in these areas provides useful historical background to the court. This Court should exercise its power to accept amicus briefs here, in a case of great importance to the public and numerous interested third-parties.

March 2, 2026                                     Respectfully submitted,

/s/Benjamin G. Shatz
Benjamin G. Shatz
BGShatz@DuaneMorris.com
Duane Morris LLP
865 S. Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
(213) 689-7439, Fax: (213) 403-5857
Attorney for *Amici Curiae* American Jewish Committee, ART ASHES, Bet Tzedek, Holocaust Survivors Foundation USA, The 1939 Society, and Simon Wiesenthal Center

/s/Rajika L. Shah
Rajika L. Shah
Rajika.Shah@LLS.edu
Director, Loyola Justice for Atrocities Clinic, and Visiting Associate Professor
LMU Loyola Law School
919 Albany Street, Los Angeles, CA 90015
(213) 736-8348, Fax: (213) 480-6805
Attorney for Loyola Justice for Atrocities Clinic

/s/Michael J. Bazyler
Michael J. Bazyler
Bazyler@Chapman.edu
Professor of Law and The 1939 Society Law Scholar in Holocaust and Human Rights Studies
Dale E. Fowler School of Law,
Chapman University
1 University Drive, Orange, CA 92866-1005

(310) 926-0149, Fax: (310) 829-6012
Attorney for The 1939 Society
and Holocaust Scholars

*/s/Stanley A. Goldman*
Stanley A. Goldman
Stanley.Goldman@LLS.edu
Professor of Law and Founding Director,
Center for the Study of Law and Genocide
LMU Loyola Law School
919 Albany Street, Los Angeles, CA 90015
(213) 736-1092, Fax: (213) 480-6805
Attorney for Center for the Study of Law
and Genocide

# APPENDIX
## FULL LIST OF *AMICI CURIAE*

**Organizations**

The 1939 Society

ART ASHES

American Jewish Committee

Bet Tzedek

Center for the Study of Law and Genocide, LMU Loyola Law School

The Holocaust Survivors Foundation USA

Loyola Justice for Atrocities Clinic, LMU Loyola Law School

Samuel & Ida Kaiman Center for International Criminal Justice & Holocaust Studies at Creighton University School of Law

Simon Wiesenthal Center


**Holocaust Scholars**[1]

Omer Bartov
Dean's Professor of Holocaust and Genocide Studies
Department of History, Vice Chair, Faculty Executive Committee
Faculty Fellow, Watson School of International & Public Affairs
Brown University


Michael S. Bryant
Professor of History and Legal Studies
Department of Politics, Law, & Society
Bryant University


Lauren Fielder

---

[1] The positions taken in this brief by individual persons are those of *amici* alone and should not be attributed to any institution with which *amici* are or have been affiliated.

Assistant Dean for Graduate and International Programs
Senior Lecturer
The University of Texas at Austin School of Law

Peter Hayes
Professor Emeritus; Professor of History and German,
Theodore Zev Weiss Holocaust Educational Foundation Professor of Holocaust Studies
Weinberg College of Arts & Sciences
Northwestern University

Michael J. Kelly, JD, LLM
Professor and Senator Allen A. Sekt Endowed Chair in Law
Director, Kaiman Center for Int'l Criminal Justice & Holocaust Studies
Creighton University School of Law

Stanley W. Levy
Founding National Director
Bet Tzedek Holocaust Survivors Justice Network

Robert J. Williams
CEO and Finci-Viterbi Chair, USC Shoah Foundation UNESCO Chair on Antisemitism and Holocaust Research, Advisor to the International Holocaust Remembrance Alliance