**BOIES SCHILLER FLEXNER LLP**
Daniel G. Boyle (Bar No. 332518)
　dboyle@bsfllp.com
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

David A. Barrett (admitted *pro hac vice*)
　dbarrett@bsfllp.com
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

**KENDALL BRILL & KELLY LLP**
Laura W. Brill (Bar No. 195889)
　lbrill@kbkfirm.com
Jeffrey M. Chemerinsky (Bar No. 270756)
　jchemerinsky@kbkfirm.com
10100 Santa Monica Blvd.
Los Angeles, CA 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

[Additional counsel on signature page]
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID CASSIRER, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,<br><br>　　　　Defendant. | Case No. 2:05-cv-03459-JFW (Ex)<br><br>**JOINT APPLICATION TO CONTINUE HEARING AND REPORT TO COURT ON SUPPLEMENTAL BRIEFING**<br><br>Date:　　　March 30, 2026<br>Time:　　　1:30 p.m.<br>Courtroom: 7A<br>Judge:　　　Hon. John F. Walter |

Through their undersigned counsel and pursuant to Local Rule L.R. 40-1 and the Court's Amended Standing Order paragraphs 5(a) and 7 (D.E. 379), Plaintiffs David Cassirer, *et al.*, ("Plaintiffs"), Defendant Thyssen-Bornemisza Collection Foundation ("TBC") and Intervenor Rob Bonta, Attorney General of California, jointly move for an order (1) continuing the March 30, 2026, hearing on the parties' respective motions for summary judgment and several related pending motions to file *amicus curiae* briefs, and (2) directing the parties to report to the Court and propose a schedule for supplemental briefing upon enactment of the legislation as discussed below.

This joint application is filed in light of the passage on March 16, 2026, by the United States House of Representatives of S. 1884, the Holocaust Expropriated Art Recovery Act of 2025.  The bill previously passed the United States Senate on December 10, 2025.  Under Article I, Section 7 of the Constitution, S. 1884 "shall become Law" ten days (excluding Sundays) after it is presented to the President, unless it is vetoed or signed sooner.  An enrolled copy of S. 1884 is attached as Exhibit 1 hereto; it has not yet been presented for signature.[1]

Good cause exists to grant this joint application.  S. 1884 provides in Section 1(b)(1) that it "shall apply with respect to any civil claim . . . pending in any court on the date of enactment."

S. 1884 contains provisions that are relevant to the parties' arguments, including with respect to subject matter jurisdiction, *see* Sections 2(a)(1)(B)(9) and 2(a)(3)(D); acquisitive prescription and adverse possession, *see* Sections 2(a)(1)(B)(8) and 2(a)(3)(G); and TBC's objections to California CCP §338(c)(6) based on due process, Commerce Clause, and federal preemption.

Holding argument on the current schedule would risk wasting the Court's and parties' resources because the issues could significantly change depending on the

---

[1]  *See* https://www.govinfo.gov/content/pkg/BILLS-119s1884enr/pdf/BILLS-119s1884enr.pdf

JOINT APPLICATION TO CONTINUE HEARING
AND REPORT TO COURT ON SUPPLEMENTAL BRIEFING

ultimate disposition of the legislation. The exact timing of Presidential action on the legislation is uncertain, but will occur after the scheduled March 30 hearing date. The proposed schedule modification will afford sufficient time for all parties to comprehensively address the legislation's impact.

The parties jointly and respectfully request that the Court (1) continue the March 30, 2026, hearing on the parties' respective motions for summary judgment and several related pending motions to file *amicus curiae* briefs; and (2) direct the parties to report by April 30, 2026, concerning status of the legislation, or upon its enactment if sooner, and propose a schedule for supplemental briefing, with the hearing to be scheduled thereafter.

No prior requests for an extension have been made by Plaintiffs or TBC regarding the summary judgment motions. The Court granted a motion by the California Attorney General to continue the summary judgment hearing from December 15, 2025 to March 30, 2026, to allow time for briefing with respect to his intervention. The Court granted a joint application by Plaintiff and the Kingdom of Spain to continue the hearing and briefing schedule on Spain's *amicus* motion, also to March 30, 2026. In making this application, the parties reserve their rights to raise or oppose any arguments arising from enactment or non-enactment of S. 1884.

March 20, 2026

**NIXON PEABODY LLP**

By: /s/ *Thaddeus J. Stauber*
Thaddeus J. Stauber
Aaron M. Brian
Zachary C. Osinski

*Attorneys for Defendant*
Thyssen-Bornemisza Collection
Foundation

Respectfully submitted,

**KENDALL BRILL & KELLY LLP**

By: /s/ *Jeffrey M. Chemerinsky*
Laura W. Brill (Bar No. 195889)
Jeffrey M. Chemerinsky (Bar No. 270756)
10100 Santa Monica Blvd.
Los Angeles, CA 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

By: */s/ Carolyn Downs*
Todd Grabarsky
Supervising Deputy Attorney General
Carolyn Downs (SBN 353455)
Barbara Horne-
Petersdorf (SBN 327738)
Deputy Attorneys General
300 S. Spring St., Ste 1702
Los Angeles, CA 90013
Telephone: (213) 269-6720
Facsimile: (916) 731-2124

*Attorneys for Intervenor*
Rob Bonta, Attorney General
of California

**BOIES SCHILLER FLEXNER LLP**
Daniel G. Boyle (Bar No. 332518)
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

David A. Barrett (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Stephen N. Zack (admitted *pro hac vice*)
100 SE Second Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Scott E. Gant
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

**DUBBIN & KRAVETZ, LLP**
Samuel J. Dubbin (admitted *pro hac vice*)
1200 Anastasia Avenue, Suite 300
Coral Gables, FL 33134
Telephone: (305) 371-4700
Facsimile: (305) 371-4701

*Attorneys for Plaintiffs*
David Cassirer, *et al.*

4                                 Case No. 2:05-cv-03459-JFW (Ex)