**BOIES SCHILLER FLEXNER LLP**
Daniel G. Boyle (Bar No. 332518)
    dboyle@bsfllp.com
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

David A. Barrett (admitted *pro hac vice*)
    dbarrett@bsfllp.com
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

**KENDALL BRILL & KELLY LLP**
Laura W. Brill (Bar No. 195889)
    lbrill@kbkfirm.com
Jeffrey M. Chemerinsky (Bar No. 270756)
    jchemerinsky@kbkfirm.com
10100 Santa Monica Blvd.
Los Angeles, CA 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

[Additional counsel on signature page]
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID CASSIRER, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,<br><br>　　　　　Defendant. | Case No. 2:05-cv-03459-JFW (Ex)<br><br>**NOTICE OF LODGING [PROPOSED] ORDER GRANTING JOINT APPLICATION TO CONTINUE HEARING AND REPORT TO COURT ON SUPPLEMENTAL BRIEFING** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs David Cassirer, Estate of Ava Cassirer, and United Jewish Federation Of San Diego County ("Plaintiffs") hereby lodge Plaintiffs' [Proposed] Order Granting Joint Application to Continue Hearing and Report to Court on Supplemental Briefing (Dkt 736), filed on March 20, 2026.

March 20, 2026                          Respectfully submitted,

                                        **KENDALL BRILL & KELLY LLP**

                                        By: /s/ *Jeffrey M. Chemerinsky*
                                        Laura W. Brill (Bar No. 195889)
                                        Jeffrey M. Chemerinsky (Bar No. 270756)
                                        10100 Santa Monica Blvd.
                                        Los Angeles, CA 90067
                                        Telephone: (310) 556-2700
                                        Facsimile: (310) 556-2705
                                        **BOIES SCHILLER FLEXNER LLP**
                                        Daniel G. Boyle (Bar No. 332518)
                                        2029 Century Park East, Suite 1520
                                        Los Angeles, CA 90067
                                        Telephone: (213) 629-9040
                                        Facsimile: (213) 629-9022

                                        David Boies (admitted *pro hac vice*)
                                        333 Main Street
                                        Armonk, NY 10504
                                        Telephone: (914) 749-8200
                                        Facsimile: (914) 749-8300

                                        David A. Barrett (admitted *pro hac vice*)
                                        55 Hudson Yards
                                        New York, NY 10001
                                        Telephone: (212) 446-2300
                                        Facsimile: (212) 446-2350

                                        Stephen N. Zack (admitted *pro hac vice*)
                                        100 SE Second Street, Suite 2800
                                        Miami, FL 33131

Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Scott E. Gant
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

**DUBBIN & KRAVETZ, LLP**
Samuel J. Dubbin (admitted *pro hac vice*)
1200 Anastasia Avenue, Suite 300
Coral Gables, FL 33134
Telephone: (305) 371-4700
Facsimile: (305) 371-4701

*Attorneys for Plaintiffs*
David Cassirer, *et al.*

Case No. 2:05-cv-03459-JFW (Ex)