# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

DAVID CASSIRER, *et al.*,

        Plaintiffs,

   v.

THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,

        Defendant.

Case No. 2:05-cv-03459-JFW (Ex)

**[PROPOSED] ORDER GRANTING JOINT APPLICATION TO CONTINUE HEARING AND REPORT TO COURT ON SUPPLEMENTAL BRIEFING**

The Court, having considered the Joint Application to Continue Hearing and Report to Court on Supplemental Briefing, **ORDERS** as follows:

1.  The Joint Application to Continue Hearing and Report to Court on Supplemental Briefing is **GRANTED**.

2.  The hearing and return date for all motions scheduled for March 30, 2026 is continued to a date to be determined.

3.  The parties shall report by April 30, 2026, concerning the status of the presentment of S. 1884, or upon its enactment if sooner, and propose a schedule for supplemental briefing concerning the new statute.

4.  A hearing on the parties' cross-Motions for Summary Judgment and the pending motions to file *amicus curiae* briefs shall be held at a date thereafter.

IT IS SO ORDERED.

Dated: _____    _____
                                                                      Honorable John F. Walter
                                                                      United States District Judge

[PROPOSED] ORDER GRANTING JOINT APPLICATION TO CONTINUE HEARING
AND REPORT TO COURT ON SUPPLEMENTAL BRIEFING