**BOIES SCHILLER FLEXNER LLP**
Daniel G. Boyle (Bar No. 332518)
　dboyle@bsfllp.com
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

David A. Barrett (admitted *pro hac vice*)
　dbarrett@bsfllp.com
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

**KENDALL BRILL & KELLY LLP**
Laura W. Brill (Bar No. 195889)
　lbrill@kbkfirm.com
Jeffrey M. Chemerinsky (Bar No. 270756)
　jchemerinsky@kbkfirm.com
10100 Santa Monica Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

Additional counsel on signature page]
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID CASSIRER, *et al.*, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain, <br><br>　　　　Defendant, <br><br>ROB BONTA, in his official capacity as Attorney General of California, <br>　　　　Intervenor. | Case No. 2:05-cv-03459-JFW (Ex) <br><br> **JOINT NOTICE PURSUANT TO MARCH 20, 2026 ORDER AND PROPOSED SCHEDULE FOR SUPPLEMENTAL BRIEFING** <br><br> Proposed Date:　August 17, 2026 <br> Time:　　　　　1:30 p.m. <br> Courtroom:　　7A <br> Judge:　　　　Hon. John F. Walter |

Case No. 2:05-cv-03459-JFW (Ex)

### **JOINT NOTICE**

Through their undersigned counsel and pursuant to the Court's March 20, 2026 Order Granting Joint Application to Continue Hearing and Report to Court on Supplemental Briefing (D.E. 739), Plaintiffs David Cassirer, *et al.*, ("Plaintiffs"), Defendant Thyssen-Bornemisza Collection Foundation ("TBC") and Intervenor Rob Bonta, Attorney General of California, submit this Joint Notice informing the Court that on April 13, 2026, the President signed into law S. 1884, the Holocaust Expropriated Art Recovery Act of 2025, Public Law No. 119-82 ("HEAR Act of 2025").

As stated in the parties' March 20, 2026 Joint Application (D.E. 736), the HEAR Act of 2025 substantially bears on the issues before the Court in the summary judgment motions.  Accordingly, pursuant to the Court's March 20, 2026 Order, the parties jointly and respectfully request that the Court set the following briefing schedule, and hearing date at the Court's discretion, for the pending summary judgment and *amicus* motions:

• **June 12, 2026** – Parties' supplemental briefs addressing the new statute, limited to 30 pages each.

• **July 13, 2026** – Parties' responses to supplemental briefs, limited to 30 pages each.

• **August 17, 2026** – Plaintiffs' and Intervenors' proposed date for hearing on summary judgment and *amicus* motions. The parties respectfully advise the Court that earlier dates would conflict with a long-planned vacation beginning July 20 of counsel for Intervenor. Defendant does not foresee the need for a hearing and defers to the Court's discretion.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Case No. 2:05-cv-03459-JFW (Ex)

JOINT NOTICE PURSUANT TO MARCH 20, 2026 ORDER AND
PROPOSED SCHEDULE FOR SUPPLEMENTAL BRIEFING

April 28, 2026

**NIXON PEABODY LLP**

By: */s/ Thaddeus J. Stauber*
Thaddeus J. Stauber
Aaron M. Brian
Zachary C. Osinski

*Attorneys for Defendant*
Thyssen-Bornemisza Collection Foundation

By*: /s/ Carolyn Downs*
Todd Grabarsky
Supervising Deputy Attorney General
Carolyn Downs (SBN 353455)
Barbara Horne-Petersdorf (SBN 327738)
Deputy Attorneys General
300 S. Spring St., Ste 1702
Los Angeles, CA 90013
Telephone: (213) 269-6720
Facsimile: (916) 731-2124

*Attorneys for Intervenor*
Rob Bonta, Attorney General
of California

Respectfully submitted,

**KENDALL BRILL & KELLY LLP**

By: */s/ Jeffrey M. Chemerensky*
Laura W. Brill (Bar No. 195889)
Jeffrey M. Chemerinsky (Bar No. 270756)
10100 Santa Monica Blvd.
Los Angeles, CA 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

**BOIES SCHILLER FLEXNER LLP**
Daniel G. Boyle (Bar No. 332518)
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

David A. Barrett (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Stephen N. Zack (admitted *pro hac vice*)
100 SE Second Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

**DUBBIN & KRAVETZ, LLP**
Samuel J. Dubbin (admitted *pro hac vice*)
1200 Anastasia Avenue, Suite 300
Coral Gables, FL 33134
Telephone: (305) 371-4700
Facsimile: (305) 371-4701

*Attorneys for Plaintiffs*
David Cassirer, *et al.*

JOINT NOTICE PURSUANT TO MARCH 20, 2026 ORDER AND
PROPOSED SCHEDULE FOR SUPPLEMENTAL BRIEFING