**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

DAVID CASSIRER, *et al.*,

         Plaintiffs,

  v.

THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,

         Defendant.

ROB BONTA, in his official capacity as Attorney General of California,

         Intervenor.

Case No. 2:05-cv-03459-JFW (Ex)

**ORDER GRANTING PARTIES' JOINT NOTICE PURSUANT TO MARCH 20, 2026 ORDER**

The Court, having considered the Joint Notice and Proposed Schedule for Supplemental Briefing, **ORDERS** as follows:

    1.    The parties may file supplemental briefs addressing the HEAR Act of 2025, Public Law No. 119-82, on or before **June 12, 2026**.

    2.    The parties may file responses to the supplemental briefs on or before **July 13, 2026**.

    3.    The supplemental briefs and responses to the supplemental briefs shall be limited to 30 pages each.

    4.    The Court will hold a hearing on the pending summary judgment and *amicus* motions, as supplemented, on **August 3, 2026 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: April 29, 2026

_____
Honorable John F. Walter, U.S. District Judge