ROB BONTA
Attorney General of California
TODD GRABARSKY
Supervising Deputy Attorney General
CAROLYN DOWNS
State Bar No. 353455
BARBARA HORNE-PETERSDORF
State Bar No. 327738
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6720
 Fax:  (916) 731-2124
 E-mail:  Carolyn.Downs@doj.ca.gov
*Attorneys for Intervenor Rob Bonta, in his official*
*capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID CASSIRER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,**<br><br>Defendant,<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Intervenor. | Case No.: 2:05-cv-03459-JFW (Ex)<br><br>**JOINT STIPULATION TO CONTINUE AUGUST 3, 2026, HEARING DATE**<br><br>Proposed Date:  August 24, 2026<br>Time:  1:30 p.m.<br>Courtroom:  7A<br>Judge:  Hon. John F. Walter |

1

Plaintiffs David Cassirer, Ava Cassirer, and United Jewish Federation of San Diego County, Defendant Thyssen-Bornemisza Collection Foundation, and Intervenor Rob Bonta, in his official capacity as Attorney General of California, (collectively, the Parties), hereby stipulate, agree, and jointly request as follows:

**WHEREAS**, on April 28, 2026, the Parties filed a Joint Notice Pursuant to March 20, 2026 Order and Proposed Schedule for Supplemental Briefing [Dkt. No. 742] requesting that the Court enter a supplemental briefing schedule and set a hearing date of August 17, 2026, on the Parties' cross-motions for summary judgment and *amicus* motions;

**WHEREAS**, on April 29, 2026, the Court entered an order [Dkt. No. 743] providing a briefing schedule to the Parties and setting a hearing date of August 3, 2026;

**WHEREAS**, Deputy Attorney General Carolyn Downs, lead counsel for Intervenor Rob Bonta, has a pre-planned, pre-paid international vacation until August 5, 2026, and will be unavailable for the hearing, Decl. ¶ 2;

**WHEREAS**, Supervising Deputy Attorney General Todd Grabarsky, attorney for Intervenor Rob Bonta, has a pre-planned, pre-paid vacation through August 3, 2026, and will also be unavailable on that date, Decl. ¶ 3;

**WHEREAS**, good cause exists to continue the hearing on the Parties' cross-motions for summary judgment and *amicus* motions to August 24, 2026, or as soon as thereafter as the Court has availability.

**IT IS HEREBY STIPULATED AND REQUESTED**, by the Parties and through their undersigned counsel, as follows:

- The hearing on the Parties' cross-motions for summary judgment and *amicus* motions shall take place on August 24, 2026, at 1:30 p.m., or as soon thereafter as the Court has availability.

2

Dated:  May 7, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
TODD GRABARSKY
Supervising Deputy Attorney General


 /s/ Carolyn Downs
CAROLYN DOWNS
BARBARA HORNE-PETERSDORF
Deputy Attorneys General
*Attorneys for Proposed Intervenor Rob Bonta, in his official capacity as Attorney General of California*


**KENDALL BILL & KELLY LLP**


 /s/ David Barrett
LAURA W. BRILL (Bar No. 195889)
JEFFREY M. CHEMERINSKY (Bar No. 270756)
10100 Santa Monica Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 556-2700

Facsimile: (310) 556-2705


**BOIES SCHILLER FLEXNER LLP**
DANIEL G. BOYLE (Bar No. 332518)
2029 Century Park East, Suite 1520 Los
Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

3

DAVID BOIES (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

DAVID A. BARRETT (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

STEPHEN N. ZACK (admitted *pro hac vice)*
100 SE Second Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

SCOTT E. GANT
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

**DUBBIN & KRAVETZ, LLP**
SAMUEL J. DUBBIN (admitted *pro hac vice*)
1200 Anastasia Avenue, Suite 300
Coral Gables, FL 33134
Telephone: (305) 371-4700
Facsimile: (305) 371-4701

*Attorneys for Plaintiffs*
DAVID CASSIRER, et al.


**NIXON PEABODY LLP**


 */s/ Thaddeus J. Stauber*
THADDEUS J. STAUBER (Bar No. 225518)
AARON M. BRIAN (Bar No. 213191)
300 S. Grand Avenue, 41st Floor
Los Angeles, CA 90071
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

*Attorneys for Defendant*
THYSSEN-BORNEMISZA
COLLECTION FOUNDATION

4

## **STIPULATION**

In compliance with Local rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 7, 2026                    By: */s/ Carolyn Downs*
                                                  Carolyn Downs
                                                  Deputy Attorney General
                                                  *Attorney for Intervenor Rob Bonta, in his official capacity as Attorney General of California*

5

# CERTIFICATE OF SERVICE

Case Name: **Cassirer, David, et al. v. Thyssen-Bornemisza Collection Foundation**

Case No. **2:05-cv-03459-JFW**

I hereby certify that on May 7, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION TO CONTINUE AUGUST 3, 2026, HEARING DATE**

I certify that **all** participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct, and that this declaration was executed on May 7, 2026, at Los Angeles, California.

Anthony Conklin
Declarant

*Anthony Conklin*
Signature

SA2025306474
68069619.docx