IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID CASSIRER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,**<br><br>Defendant,<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Intervenor. | Case No. 2:05-cv-03459-JFW (Ex)<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO CONTINUE HEARING** |

The Court, having considered the Joint Stipulation to Continue August 3, 2026, Hearing Date, hereby **GRANTS** the Stipulation and continues the hearing on the Parties' cross-motions for summary judgment and *amicus* motions, as supplemented, to August 24, 2026, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:  May 11, 2026                    _____
                                                      Honorable John F. Walter
                                                      U.S. District Judge