Thaddeus J. Stauber (Bar No. 225518)
tstauber@nixonpeabody.com
Aaron M. Brian (Bar No. 213191)
abrian@nixonpeabody.com
Zachary C. Osinski (Bar No. 358770)
zosinski@nixonpeabody.com
NIXON PEABODY LLP
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071
Tel: (213) 629-6000
Fax: (213) 629-6001

Attorneys for Defendant
Thyssen-Bornemisza Collection Foundation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CASSIRER, AVA CASSIRER, and UNITED JEWISH FEDERATION OF SAN DIEGO COUNTY, a California non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,<br><br>Defendant. | Case No. 05-cv-03459-JFW (Ex)<br>Honorable John F. Walter<br><br>**DEFENDANT THYSSEN-BORNEMISZA COLLECTION FOUNDATION'S NOTICE TO THE ATTORNEY GENERAL OF THE UNITED STATES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 5.1** |

**THYSSEN-BORNEMISZA COLLECTION FOUNDATION'S NOTICE TO THE ATTORNEY GENERAL OF THE UNITED STATES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 5.1**

Defendant Thyssen-Bornemisza Collection Foundation ("Foundation") hereby gives notice to the Attorney General of the United States and to the Court that the Foundation in the above-titled case has filed a Supplemental Response in Support of Its Motion for Summary Judgment in which it challenges the constitutionality of the Holocaust Expropriated Art Recover Act of 2025, PL 119-82, April 13, 2026, 140 Stat 752 ("2025 HEAR Act").

Specifically, the Foundation challenges whether the 2025 HEAR Act violates the Due Process Clause of the Fifth Amendment and Article III, § 1, of the U.S. Constitution. Included with the service copies of this notice as Exhibit A is a copy of the Foundation's Supplemental Response in Support of its Motion for Summary Judgment.

Dated: June 15, 2026                    NIXON PEABODY LLP


                                        By: */s/ Zachary C. Osinski*
                                            Thaddeus J. Stauber
                                            Aaron M. Brian
                                            Zachary C. Osinski

                                            Attorneys for Defendant
                                            Thyssen-Bornemisza Collection
                                            Foundation

1

# CERTIFICATE OF SERVICE

The undersigned certifies that on June 15, 2026, the foregoing document was filed with the Clerk of the U.S. District Court for the Central District of California, using the Court's electronic filing system (ECF), in compliance with Civil L.R. 5-4 and General Order 45.  The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-5 and General Order 45 to accept Notice as service of this document.

Also said document was served as follows:

Civil Process Clerk
United States Attorney's Office
Central District of California
300 N. Los Angeles St. Suite 7516
Los Angeles, CA 90012

Attorney General U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

[X]   **(By Certified/Registered U.S. Mai**l) I caused the documents to be enclosed in a sealed envelope or package addressed to the persons at the addresses listed above and for the sealed envelope or package to be deposited with the U.S. Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 15, 2026, at Los Angeles, CA.

*/s/Heidi Gutierrez*
Heidi Gutierrez

2

DEFENDANT'S NOTICE TO THE ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 5.1
Case No.: 05-cv-03459-JFW (Ex)