**BOIES SCHILLER FLEXNER LLP**
John J. Kucera (Bar No. 274184)
    jkucera@bsfllp.com
Daniel G. Boyle (Bar No. 332518)
    dboyle@bsfllp.com
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

David A. Barrett (admitted *pro hac vice*)
    dbarrett@bsfllp.com
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

**KENDALL BRILL & KELLY LLP**
Laura W. Brill (Bar No. 195889)
    lbrill@kbkfirm.com
Jeffrey M. Chemerinsky (Bar No. 270756)
    jchemerinsky@kbkfirm.com
10100 Santa Monica Blvd.
Los Angeles, CA 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

[Additional counsel on signature page]
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID CASSIRER, *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,<br><br>                    Defendant. | Case No. 2:05-cv-03459-JFW (Ex)<br><br>**NOTICE OF LODGING OF THE [PROPOSED] STATEMENT OF DECISION GRANTING PLAINTIFFS' SUPPLEMENTAL BRIEF ON THE HEAR ACT OF 2025**<br><br>Date: August 24, 2026<br>Time: 1:30 p.m.<br>Courtroom: 7A<br>Judge:  Honorable John F. Walter |

i                                 Case No. 2:05-cv-03459-JFW (Ex)

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN, PLEASE TAKE NOTICE:

Pursuant to Civil Local Rule 5-4.4, Plaintiffs hereby lodge their [Proposed] Statement of Decision Granting Plaintiffs' Supplemental Brief on the HEAR Act of 2025.

Dated:  July 15, 2026

Respectfully submitted,

**KENDALL BRILL & KELLY LLP**

By: _/s/ Jeffrey M. Chemerinsky_

Laura W. Brill (Bar No. 195889)
Jeffrey M. Chemerinsky (Bar No. 270756)
10100 Santa Monica Blvd.
Los Angeles, CA 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

**BOIES SCHILLER FLEXNER LLP**
John J. Kucera (Bar No. 274184)
Daniel G. Boyle (Bar No. 332518)
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

David Boies (admitted _pro hac vice_)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

David A. Barrett (admitted _pro hac vice_)
55 Hudson Yards
New York, NY 10001

1                                        Case No. CV 05-03459-JFW (Ex)

NOTICE OF LODGING OF [PROPOSED] STATEMENT OF DECISION GRANTING PLAINTIFFS' SUPPLEMENTAL BRIEF ON THE HEAR ACT OF 2025

Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Stephen N. Zack (admitted *pro hac vice*)
100 SE Second Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Scott E. Gant
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

**DUBBIN & KRAVETZ, LLP**
Samuel J. Dubbin (admitted *pro hac vice*)
1200 Anastasia Avenue, Suite 300
Coral Gables, FL 33134
Telephone: (305) 371-4700
Facsimile: (305) 371-4701

*Attorneys for Plaintiffs*
DAVID CASSIRER, *et al.*

2                                          Case No. CV 05-03459-JFW (Ex)

NOTICE OF LODGING OF [PROPOSED] STATEMENT OF DECISION GRANTING PLAINTIFFS'
SUPPLEMENTAL BRIEF ON THE HEAR ACT OF 2025