**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 05-3459-JFW (Ex)**                                          Date:  August 10, 2026

Title:        David Cassirer -v- Thyssen-Bornemisza Collection Foundation

**PRESENT:**
      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Julieta Lozano** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**              **ATTORNEYS PRESENT FOR DEFENDANTS:**
      None                                                                                None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER CERTIFYING THAT THE CONSTITUTIONALITY OF A FEDERAL STATUTE HAS BEEN QUESTIONED**

Pursuant to 28 U.S.C. § 2403 and Fed. R. Civ. P. 5.1(b), the Court certifies that the constitutionality of the Holocaust Expropriated Art Recovery Act, as amended in 2025, *see* Pub. L. No. 119-82 & 22 U.S.C. § 1621 note (the "HEAR Act") has been questioned as set forth in the Notice of Constitutional Challenge filed by Thyssen-Bornemisza Collection Foundation on June 15, 2026 and served on the Attorney General of the United States (Docket No. 755).   Pursuant to Federal Rule of Civil Procedure 5.1(c), the Attorney General of the United States may intervene within 60 days after the Notice of Constitutional Challenge was filed, i.e., on or before **August 14, 2026**.  The Court denies the United States' request to continue the deadline to October 6, 2026. *See* Docket No. 766.

IT IS SO ORDERED.