**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No. **CV 05-3459-JFW (Ex)** Date: August 14, 2026

Title: David Cassirer *-v-* Thyssen-Bornemisza Collection Foundation

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Julieta Lozano** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):** **ORDER GRANTING UNITED STATES OF AMERICA'S *EX PARTE* APPLICATION TO EXTEND THE TIME FOR THE UNITED STATES TO INTERVENE [filed 8/13/2026; Docket No. 769]**

For good cause shown, the Court **GRANTS** the United States of America's *Ex Parte* Application to Extend the Time for the United States to Intervene. The Court **CONTINUES** the deadline for the United States of America to intervene under Fed. R. Civ. P. 5.1(c) to **September 21, 2026**.

The parties shall meet and confer and agree on a new hearing date for the motions currently set for hearing on August 24, 2026 at 1:30 p.m. They shall file a Joint Statement, setting forth their new proposed hearing date, as well as a proposed Order continuing the hearing date, on or before **August 19, 2026.**

IT IS SO ORDERED.



Initials of Deputy Clerk jloz