**BOIES SCHILLER FLEXNER LLP**
Daniel G. Boyle (Bar No. 332518)
dboyle@bsfllp.com
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

David A. Barrett (admitted *pro hac vice*)
dbarrett@bsfllp.com
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

**KENDALL BRILL & KELLY LLP**
Laura W. Brill (Bar No. 195889)
lbrill@kbkfirm.com
Jeffrey M. Chemerinsky (Bar No. 270756)
jchemerinsky@kbkfirm.com
10100 Santa Monica Blvd.
Los Angeles, CA 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

[Additional counsel on signature page]
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CASSIRER, *et al.*,<br><br>Plaintiffs,<br><br>**v.**<br><br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,<br><br>Defendant,<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>Intervenor. | Case No.: 2:05-cv-03459-JFW (Ex)<br><br>**JOINT STATEMENT AND PROPOSAL TO CONTINUE AND RESCHEDULE HEARING PURSUANT TO AUGUST 14, 2026 ORDER**<br><br>Proposed Date: November 2, 2026<br>Time: 1:30 p.m.<br>Courtroom: 7A<br>Judge: Hon. John F. Walter |

Plaintiffs David Cassirer, *et al*.; Defendant Thyssen-Bornemisza Collection Foundation; Intervenor Rob Bonta, in his official capacity as Attorney General of California; and prospective Intervenor the United States of America (collectively, the Parties), in light of this Court's Minute Order of August 14, 2026, D.E. 770, hereby stipulate, agree, and jointly propose as follows:

WHEREAS, on August 14, 2026, this Court entered an Order [D.E. 770] continuing the deadline for the United States of America to intervene under Fed. R. Civ. P. 5.1(c) to September 21, 2026, and ordering the parties to file a Joint Statement setting forth a new proposed hearing date, as well as a proposed Order continuing the hearing date, on or before August 19, 2026.

WHEREAS, the Parties have conferred and agreed to the following:

1. That in the event that the United States Government intervenes in this action, any Party may file a response to the Government's submission on or before October 16, 2026.

2. That the Hearing previously scheduled for August 24, 2026, on the pending Cross-Motions for Summary Judgment and amicus motions, as supplemented, be continued, and rescheduled for November 2, 2026, at 1:30 p.m., or as soon thereafter as the Court has an available hearing date.

3. The Parties are submitting a Proposed Order herewith.

Dated: August 19, 2026

Respectfully submitted,

**KENDALL BRILL & KELLY LLP**

/s/ *Jeffrey M. Chemerinsky*

LAURA W. BRILL (Bar No. 195889)
JEFFREY M. CHEMERINSKY (Bar No. 270756)
10100 Santa Monica Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

**BOIES SCHILLER FLEXNER LLP**
DANIEL G. BOYLE (Bar No. 332518)
2029 Century Park East, Suite 1520 Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

DAVID BOIES (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

DAVID A. BARRETT (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

STEPHEN N. ZACK (admitted *pro hac vice)*
100 SE Second Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

SCOTT E. GANT
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

**DUBBIN & KRAVETZ, LLP**
SAMUEL J. DUBBIN (admitted *pro hac vice*)
1200 Anastasia Avenue, Suite 300
Coral Gables, FL 33134
Telephone: (305) 371-4700
Facsimile: (305) 371-4701

*Attorneys for Plaintiffs*
DAVID CASSIRER, et al.

**NIXON PEABODY LLP**

/s/ *Thaddeus J. Stauber*
THADDEUS J. STAUBER (Bar No. 225518)
AARON M. BRIAN (Bar No. 213191)
300 S. Grand Avenue, 41st Floor
Los Angeles, CA 90071
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

*Attorneys for Defendant*

THYSSEN-BORNEMISZA COLLECTION FOUNDATION

ROB BONTA
Attorney General of California
TODD GRABARSKY
Supervising Deputy Attorney General

/s/ *Carolyn Downs*
CAROLYN DOWNS
BARBARA HORNE-PETERSDORF
Deputy Attorneys General

*Attorneys for Proposed Intervenor Rob Bonta, in his official capacity as Attorney General of California*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ALEXANDER K. HAAS
Director
Federal Programs Branch
JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Joshua N. Schopf*
JOSHUA N. SCHOPF
(DC Bar No. 465553)
Trial Attorney
United States Department of Justice
Civil Division,
Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 514-6314
joshua.n.schopf@usdoj.gov

*Attorneys for the United States of America*

**STIPULATION**

In compliance with Local rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 19, 2026

By: /s/ *Jeffrey M. Chemerinsky*

LAURA W. BRILL (Bar No. 195889)
JEFFREY M. CHEMERINSKY (Bar No. 70756)
10100 Santa Monica Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705