IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CASSIRER, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,<br><br>Defendant.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>Intervenor. | Case No. 2:05-cv-03459-JFW (Ex)<br><br>**[PROPOSED] ORDER ON PARTIES' JOINT STATEMENT PURSUANT TO AUGUST 14, 2026 ORDER** |

# [PROPOSED] ORDER

The Court, having considered the Parties' Joint Statement and Proposal to Continue and Reschedule Hearing Pursuant to August 14, 2026 Order, ORDERS as follows:

1. In the event that the United States Government intervenes in this action, any Party may file a response to the Government's submission on or before **October 16, 2026**.

2. The Hearing previously scheduled for August 24, 2026, on the pending Cross-Motions for Summary Judgment and amicus motions, as supplemented, is continued, and rescheduled for **November 2, 2026, at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: ______________________

______________________________
Honorable John F. Walter
United States District Judge