IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CASSIRER, *et al.*,<br>Plaintiffs,<br>v.<br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,<br>Defendant.<br>ROB BONTA, in his official capacity as Attorney General of California,<br>Intervenor. | Case No. 2:05-cv-03459-JFW (Ex)<br>**ORDER ON JOINT TO RESCHEDULE HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

The Court, having considered the Parties' Joint Stipulation to Reschedule Hearing on Cross-Motions for Summary Judgment, ORDERS as follows:

1. The Hearing previously scheduled for November 2, 2026, on the pending Cross-Motions for Summary Judgment and amicus motions, as supplemented, is rescheduled for **October 26, 2026, at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: August 24, 2026

Honorable John F. Walter
United States District Judge