BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ALEXANDER K. HAAS
Director
Federal Programs Branch
JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch
JOSHUA N. SCHOPF (D.C. Bar No. 465553)
Trial Attorney
United States Department of Justice
Civil Division,
Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 514-6314
joshua.n.schopf@usdoj.gov

*Attorneys for the Prospective Intervenor United States of America*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| DAVID CASSIRER, THE ESTATE OF AVA CASSIRER, and the UNITED JEWISH FEDERATION OF SAN DIEGO COUNTY, a California nonprofit corporation,<br><br>Plaintiffs,<br>v.<br><br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,<br><br>Defendant. | Case No. CV 05-03459-JFW (Ex)<br>Honorable John F. Walter<br><br>**JOINT STIPULATION TO EXTEND DEADLINE OF TIME FOR UNITED STATES OF AMERICA TO INTERVENE**<br><br>Proposed Date: October 26, 2026<br>Time: 1:30 p.m.<br>Courtroom: 7A<br>Judge: Hon. John F. Walter |

Plaintiffs David Cassirer, et al.; Defendant Thyssen-Bornemisza Collection Foundation; Intervenor Rob Bonta, in his official capacity as Attorney General of California; and prospective Intervenor the United States of America (collectively, the

Parties), in light of this Court's Minute Order of August 20, 2026, D.E. 773, hereby stipulate, agree, and jointly propose as follows:

WHEREAS, on August 14, 2026, this Court entered an Order [D.E. 770] continuing the deadline for the United States of America to intervene under Fed. R. Civ. P. 5.1(c) to September 21, 2026, and ordering the parties to file a Joint Statement setting forth a new proposed hearing date, as well as a proposed Order continuing the hearing date, on or before August 19, 2026.

WHEREAS, on August 20, 2026, this Court entered an Order [D.E. 773], based on the parties' Joint Statement and Proposal to Continue and Reschedule Hearing continuing the deadline for the United States of America to intervene under Fed. R. Civ. P. 5.1(c) to September 21, 2026, and ordering any responses to the Government's submission on or before October 16, 2026. The Court also rescheduled the hearing to October 26, 2026.

WHEREAS, September 21, 2026 is a religious holiday (Yom Kippur) and United States's counsel will be entirely unavailable and also as a result of other emergency matters fully occupying United States's counsel's schedule, the need has arisen to modify the scheduling order as follows below.

WHEREAS, the Parties have conferred and agreed to the following proposal for the Court's consideration:

1. That the Court move the deadline for the United States of America to intervene under Fed. R. Civ. P. 5.1(c) from September 21, 2026 to September 28, 2026.

2. All other relevant dates (response date of October 16, 2026 and hearing date of October 26, 2026) remain unchanged.

3. The Parties are submitting a Proposed Order herewith.

Respectfully submitted,

Dated: September 10, 2026

Respectfully submitted,
**NIXON PEABODY LLP**

*/s/Thaddeus J. Stauber*
Thaddeus J. Stauber (Bar No. 225518)
Aaron M. Brian (Bar No. 213191)
Zachary C. Osinski (Bar No. 358770)
300 S. Grand Avenue, 41st Floor
Los Angeles, CA 90071
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

*Attorneys for Defendant*
THYSSEN-BORNEMISZA COLLECTION FOUNDATION

**DUBBIN & KRAVETZ, LLP**

*/s/Samuel J. Dubbin*
Samuel J. Dubbin (admitted *pro hac vice*)
1200 Anastasia Avenue, Suite 300
Coral Gables, FL 33134
Telephone: (305) 371-4700
Facsimile: (305) 371-4701

**KENDALL BRILL & KELLY LLP**
Laura W. Brill (Bar No. 195889)
Jeffrey M. Chemerinsky (Bar No. 270756)
10100 Santa Monica Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

**BOIES SCHILLER FLEXNER LLP**
Daniel G. Boyle (Bar No. 332518)

2029 Century Park East, Suite 1520 Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

David A. Barrett (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Stephen N. Zack (admitted *pro hac vice)*
100 SE Second Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Scott E. Gant
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

*Attorneys for Plaintiffs*
DAVID CASSIRER, et al.

Rob Bonta
Attorney General of California
Todd Grabarsky
Supervising Deputy Attorney General

*/s/Carolyn Downs*
Carolyn Downs

Barbara Horne-Petersdorf
Deputy Attorneys General

*Attorneys for Proposed Intervenor Rob Bonta, in his official capacity as Attorney General of California*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*<u>/s/ Joshua N. Schopf</u>*
JOSHUA N. SCHOPF
(DC Bar No. 465553)
Trial Attorney
United States Department of Justice
Civil Division,
Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 514-6314
joshua.n.schopf@usdoj.gov

*Attorneys for the United States of America*

## SIGNATURE ATTESTATION

In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 10, 2026 By: /s/ *Joshua N. Schopf*