**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID CASSIRER, THE ESTATE OF AVA CASSIRER, and the UNITED JEWISH FEDERATION OF SAN DIEGO COUNTY, a California nonprofit corporation,<br><br>Plaintiffs,<br>v.<br><br>THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,<br><br>Defendant. | Case No. CV 05-03459-JFW (Ex)<br>Honorable John F. Walter<br><br>**ORDER ON JOINT STIPULATION TO EXTEND DEADLINE OF TIME FOR UNITED STATES OF AMERICA TO INTERVENE** |

The Court, having considered the Parties' Joint Stipulation to Extend Deadline of Time for United States of America to Intervene, ORDERS as follows:

The deadline for the United States of America to intervene under Fed. R. Civ. P. 5.1(c) is extended until September 28, 2026. All other dates remain unchanged.

**IT IS SO ORDERED.**

Dated: September 11, 2026

Hon. John F. Walter
United States District Judge