**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No. **CV 05-3459-JFW (Ex)** Date: September 14, 2026

Title: David Cassirer *-v-* Thyssen-Bornemisza Collection Foundation

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Julieta Lozano** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**

**ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE THE KINGDOM OF SPAIN IN SUPPORT OF DEFENDANT THYSSEN-BORNEMISZA COLLECTION FOUNDATION [filed 9/18/2025; Docket No. 689];**

**ORDER GRANTING MOTION OF COMUNIDAD JUDÍA DE MADRID AND FEDERACIÓN DE COMUNIDADES JUDÍAS DE ESPAÑA FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND IN RESPONSE TO SPAIN'S MOTION TO FILE AMICUS BRIEF [filed 2/24/2026; Docket No. 727];**

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF MONUMENTS MEN AND WOMEN FOUNDATION, STANDWITHUS, JAMIE KASTNER, LAURA BARON KASTNER, AND DR. DAVID M. MILCH FOUNDATION IN SUPPORT OF PLAINTIFFS [filed 3/2/2026; Docket No. 730];**

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [filed 3/2/2026; Docket No. 733];**

**ORDER GRANTING THE KINGDOM OF SPAIN'S**

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF OF AMICUS CURIAE THE KINGDOM OF SPAIN IN FURTHER SUPPORT OF DEFENDANT THYSSEN-BORNEMISZA COLLECTION FOUNDATION'S MOTION FOR SUMMARY JUDGMENT [filed 7/20/2026; Docket No. 760]**

**ORDER GRANTING MOTION OF COMUNIDAD JUDÍA DE MADRID AND FEDERACIÓN DE COMUNIDADES JUDÍAS DE ESPAÑA FOR LEAVE TO FILE SUPPLEMENTAL AMICUS CURIAE BRIEF IN RESPONSE TO SPAIN'S MOTION TO FILE SUPPLEMENTAL AMICUS BRIEF [filed 8/3/2026; Docket No. 763]**

On September 18, 2025, The Kingdom of Spain filed a Motion for Leave to File Brief of Amicus Curiae in Support of Defendant Thyssen-Bornemisza Collection Foundation (Docket No. 689). On February 6, 2026, Plaintiffs filed their Response (Docket No. 724). On February 24, 2026, Comunidad Judía de Madrid and Federación de Comunidades Judías de España filed a Motion for Leave to File Amicus Curiae Brief in Support of Plaintiffs' Motion for Summary Judgment and in Response to Spain's Motion to File Amicus Brief (Docket No. 727). On February 27, 2026, The Kingdom of Spain filed a Reply in Support of its Motion for Leave to File Brief of Amicus Curiae (Docket No. 729). On March 2, 2026, Monuments Men and Women Foundation, StandWithUs, Jamie Kastner, Laura Baron Kastner, and Dr. David Milch Foundation filed a Motion for Leave to File Amici Curiae Brief (Docket No. 730). On March 2, 2026, The 1939 Society, American Jewish Committee, ART ASHES, Bet Tzedek, Center for the Study of Law and Genocide, Holocaust Scholars, Holocaust Survivors Foundation USA, Jewish Federations of North America, Loyola Justice for Atrocities Clinic, and Simon Wiesenthal Center filed a Motion for Leave to File *Amici Curiae* Brief in Support of Plaintiffs' Motion for Summary Judgment (Docket No. 733). On July 20, 2026, The Kingdom of Spain filed a Motion for Leave to File Supplemental Brief of *Amicus Curiae* in Further Support of Defendant Thyssen-Bornemisza Collection Foundation's Motion for Summary Judgment (Docket No. 760). On August 3, 2026, Plaintiffs filed a Response to Kingdom of Spain's Motion for Leave to File Supplemental Amicus Curiae Brief Addressing the Hear Act of 2025 (Docket No. 762). On August 3, 2026, Comunidad Judía de Madrid and Federación de Comunidades Judías de España filed a Motion for Leave to File Supplemental Amicus Curiae Brief in Response to Spain's Motion to File Supplemental Amicus Brief (Docket No. 763). On August 10, 2026, The Kingdom of Spain filed a Reply in Support of its Motion for Leave to File Supplemental Amicus Curiae Brief in Further Support of Defendant Thyssen-Bornemisza Collection Foundation's Motion for Summary Judgment (Docket No. 767).

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument. The hearing calendared for October 26, 2026 is hereby vacated and the matter taken off calendar. After considering the moving, responding, and reply papers, and the arguments therein, the Court rules as follows:

In light of the fact that no party has filed an opposition to the aforementioned motions for

leave to file amici curiae briefs, and in light of each of the proposed amici curiae's demonstrated interests in this litigation, the motions for leave to file amici curiae briefs are all **GRANTED**.

IT IS SO ORDERED.



Initials of Deputy Clerk jloz