**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No. **CV 05-3459-JFW (Ex)** Date: September 14, 2026

Title: David Cassirer *-v-* Thyssen-Bornemisza Collection Foundation

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Julieta Lozano** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):** **ORDER REQUIRING COUNSEL TO MEET AND CONFER AND TO PREPARE JOINT BINDERS**

The Court orders the parties to meet and confer and prepare the following binders in connection with the parties' cross-motions for summary judgment:

(1) one joint binder containing the parties' and intervenors' substantive pleadings filed in connection with the parties' cross-motions for summary judgment arranged in a logical sequence (i.e., each party's moving, opposing, reply, and supplemental briefs, and combined statement of facts, proposed statements of decision, and any other pleading, memorandum, or filing that was submitted in connection with the cross-motions that counsel believes the Court should have easily available for consideration). The binder shall not, for example, include notices or errata or duplicate documents, or replicate the joint declarations or exhibit binders.

(2) one joint binder containing all amicus curiae briefs and supporting evidence.

For the front of each binder, the parties shall prepare a complete and accurate table of contents, identifying each filing by the title of the filing, the ECF docket number, filing date, and tab number in the binder. Counsel shall designate one attorney or law firm to coordinate preparation of each joint binder. The coordinating counsel shall circulate a draft table of contents to all other counsel sufficiently in advance of the filing deadline to permit review and correction of any omissions or errors. Two courtesy copies of the joint binders shall be delivered (but not filed) to chambers no later than **September 28, 2026** pursuant to the Court's Standing Order. The Court expects counsel to cooperate in preparing these materials so that the Court has a complete and organized record of the papers relevant to the cross-motions for summary judgment and the amicus curiae submissions.

IT IS SO ORDERED.



Initials of Deputy Clerk jloz