**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No. **CV 05-3459-JFW (Ex)** Dated: October 19, 2026

Title: David Cassirer *-v-* Thyssen-Bornemisza Collection Foundation

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Julieta Lozano**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:**<br>None | **ATTORNEYS PRESENT FOR DEFENDANTS:**<br>None |

**PROCEEDINGS (IN CHAMBERS):**

**ORDER TAKING UNDER SUBMISSION DEFENDANT THYSSEN-BORNEMISZA COLLECTION FOUNDATION'S MOTION FOR SUMMARY JUDGMENT [filed 9/12/2025; Docket No. 681];**

**ORDER TAKING UNDER SUBMISSION PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [filed 9/12/2026; Docket No. 682]**

The following motions are currently on calendar for October 26, 2026 at 1:30 p.m.: (1) Defendant Thyssen-Bornemisza Collection Foundation's Motion for Summary Judgment; and (2) Plaintiffs' Motion for Summary Judgment. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument. The hearing calendared for October 26, 2026 is hereby vacated and the matters are taken off calendar. The matters will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

IT IS SO ORDERED.



Initials of Deputy Clerk jloz